Case 1:05-cv-00344-JJF    Document 49    Filed 05/31/2005    Page 1 of 14

CLOSED

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:04-cv-00170-TCP-ARL
## Internal Use Only

Messina et al v. Hackett et al
Assigned to: Senior Judge Thomas C. Platt
Referred to: Magistrate-Judge Arlene R. Lindsay
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 01/16/2004
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**Philip Messina**                                represented by **Steven M. Lester**
Law Offices of Steven M. Lester
325 Merrick Avenue
East Meadow, NY 11554
516-357-0056
Fax: 516-357-0069
Email: smlester@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Demtriou**                               represented by **Steven M. Lester**
*individually and on behalf of all*                              Law Offices of Steven M. Lester
*others similarly situated, and*                                 300 Garden City Plaza
*derivatively on behalf of American*                             Suite 234
*Society of Law Enforcement*                                     Garden City, NY 11530
*Trainers, Inc.*                                                 516-357-0056
Fax: 516-357-0069
Email: smlester@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Frank A. Hackett, Jr.**                         represented by **A. Richard Winchester**
McCarter & English LLP
919 North market Street
Suite 1800
Wilmington, DE 19801
(302) 984-6300
*LEAD ATTORNEY*

Case 1:05-cv-00344-JJF   Document 49   Filed 05/31/2005   Page 2 of 14

*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
McCarter & English LLP
919 North Market Street
Suite 1800
Wilmington, DE 19899
302-984-6300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
McCarter & English LLP
245 Park Avenue
27th Floor
New York, NY 10167
(302) 984-6399
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
McCarter & English LLP
919 N. Market Street
Suite 1800
Wilmington, DE 19801
(302) 984-6300
Fax: (302) 984-6399
Email: aaranilla@mccarter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew Casavant**                    represented by **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Meyer**                          represented by **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary T. Klugiewicz**                   represented by **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy Dees**                         represented by **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Konrath**                                    represented by    **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Gifford**                                    represented by    **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Smith**                         represented by  **A. Richard Winchester**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James J. Freebery, IV**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paul A. Bradley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Artemeo C. Aranilla, II**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**David Grossi**                        represented by  **A. Richard Winchester**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James J. Freebery, IV**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paul A. Bradley**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Artemeo C. Aranilla, II**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

Case 1:05-cv-00344-JJF   Document 49   Filed 05/31/2005   Page 6 of 14

**Julie Linkins**                                    represented by   **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Westfall**                                 represented by   **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Watson**                                     represented by   **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*

Case 1:05-cv-00344-JJF  Document 49  Filed 05/31/2005  Page 7 of 14

ATTORNEY TO BE NOTICED

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Glenn Young**
*TERMINATED: 10/25/2004*

represented by **Catherine Mary Mirabile**
United States Attorneys Office
One Pierrepont Plaza
Brooklyn, NY 11201
(718) 254-6055
Fax: 718-254-7512
Email:
catherine.m.mirabile@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-10**

**Defendant**

**American Society of Law
Enforcement Trainers, Inc.**
*Nominal Defendant*

represented by **A. Richard Winchester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Freebery, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Bradley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Artemeo C. Aranilla, II**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

Case 1:05-cv-00344-JLF    Document 49    Filed 05/31/2005    Page 8 of 14

| 01/16/2004 | 🌎 1 | COMPLAINT Summons Issued against American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, John Does 1-10, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall, Glenn Young filing fee $ 150, receipt number 11806, filed by George Demtriou, Philip Messina. (Attachments: # 1 Civil Cover Sheet)(Romano, Daniel) (Entered: 01/26/2004) |
|---|---|---|
| 01/16/2004 | 🌎 | Summons Issued as to American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, John Does 1-10, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall, Glenn Young. (McMahon, Carol) (Entered: 05/27/2004) |
| 02/04/2004 | 🌎 13 | MOTION for Leave to Appear - *Dfts move for an Order allowing RICHARD WINCHESTER to appear as counsel Pro Hac Vice. Filed* by American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall. (Lopez, Adriana) (Entered: 03/30/2004) |
| 02/04/2004 | 🌎 14 | AFFIDAVIT of PAUL A. BRADLEY in Support of the [13] MOTION for an Order allowing RICHARD WINCHESTER to appear as counsel Pro Hac Vice. Filed by American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, George Demtriou, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall. (Lopez, Adriana) (Entered: 03/30/2004) |
| 02/04/2004 | 🌎 15 | MOTION for Leave to Appear - *Dfts move for an Order allowing PAUL BRADLEY to appear as counsel Pro Hac Vice. Filed* by American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall. (Lopez, Adriana) (Entered: 03/30/2004) |
| 02/04/2004 | 🌎 16 | AFFIDAVIT of PAUL BRADLEY in Support of the [15] MOTION for an Order allowing PAUL BRADLEY to appear as counsel Pro Hac Vice. Filed by American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall. (Lopez, Adriana) (Entered: 03/30/2004) |
| 02/06/2004 | 🌎 17 | NOTICE of Appearance by A. Richard Winchester, Paul A. Bradley on behalf of American Society of Law Enforcement Trainers, Inc., |

| | | | |
|---|---|---|---|
| | | | Andrew Casavant, Timothy Dees, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall (Lopez, Adriana) (Entered: 03/30/2004) |
| 02/13/2004 | | 2 | AFFIDAVIT of Service for Summons/Complaint served on Esther Delinko, Sec'y for DANIEL WATSON, Chief of Police for the City of South Pasadena, on 2/2/04, filed by George Demtriou, Philip Messina. (proof of service, return of service attached)(Barhome, Sydelle) (Entered: 03/09/2004) |
| 02/19/2004 | | 3 | AFFIDAVIT of Service for Summons/Complaint on Gary Klugiewicz on 1/19/04 filed by Philip Messina. (Barhome, Sydelle) (Entered: 03/09/2004) |
| 02/19/2004 | | 4 | AFFIDAVIT of Service for summons/complaint served on The American Society of Law Enforcement Trainers, Inc., on Andy Casavant on on 1/19/04 at the Adam's Mark Hotel in Missouri, filed by George Demtriou, Philip Messina. (Barhome, Sydelle) (Entered: 03/09/2004) |
| 02/19/2004 | | 5 | AFFIDAVIT of Service for summons/complaint served on David M. Grossi, at Adam's Mark Hotel, Missouri, on 1/19/04, filed by George Demtriou, Philip Messina. (Barhome, Sydelle) (Entered: 03/09/2004) |
| 02/19/2004 | | 6 | AFFIDAVIT of Service for summons/complaint served on Lisa A. Konrath at Adam's Mark Hotel, Missouri on 1/19/04, filed by George Demtriou, Philip Messina. (Barhome, Sydelle) (Entered: 03/09/2004) |
| 02/19/2004 | | 7 | AFFIDAVIT of Service for summons/complaint served on Mary Gifford at Adam's Mark Hotel, Missouri on 1/19/04, filed by George Demtriou, Philip Messina. (Barhome, Sydelle) (Entered: 03/09/2004) |
| 02/19/2004 | | 8 | AFFIDAVIT of Service for summons/complaint on Dave Smith on 1/19/04 at the Adam's Mark Hoel, Missouri, filed by George Demtriou, Philip Messina. (Barhome, Sydelle) (Entered: 03/09/2004) |
| 02/19/2004 | | 9 | AFFIDAVIT of Service for summons/complaint served on Tim Dees at the Adam's Mark Hotel in Missouri on 1/19/04, filed by George Demtriou, Philip Messina. (Barhome, Sydelle) (Entered: 03/09/2004) |
| 02/19/2004 | | 10 | AFFIDAVIT of Service for summons/complaint on Frank A. Hackett, Jr. at Adam's Mark Hotel, Missouri on 1/19/04, filed by George Demtriou, Philip Messina. (Barhome, Sydelle) (Entered: 03/09/2004) |
| 02/19/2004 | | 11 | AFFIDAVIT of Service for summons/complaint served on Greg Meyer at Adam's Mark Hotel, Missouri on 1/19/04, filed by Philip Messina. (Barhome, Sydelle) (Entered: 03/09/2004) |

| 02/27/2004 | ⊕18 | Letter dtd 2/26/04 from Paul Bradley to USDJ Platt re: Thomas M. Smith will serve as co-counsel for this case. (Lopez, Adriana) (Entered: 03/30/2004) |
|---|---|---|
| 03/04/2004 | ⊕19 | ORDER: The motion for admission to practice pro hac vice is GRANTED. The admitted attorney Richard Winchester, is permitted to argue or try this particular case in whole or in part as co-counsel or co-advocate with Thomas Smith, Esq. . Signed by JudgeThomas C. Platt on 3/4/04.cm. Fee paid. Receipt #11962 (Lopez, Adriana) (Entered: 03/30/2004) |
| 03/22/2004 | ⊕21 | SUMMONS Returned Executed by George Demtriou, Philip Messina. Glenn Young served on 1/27/2004, answer due 2/16/2004. (Lopez, Adriana) (Entered: 04/06/2004) |
| 03/23/2004 | ⊕12 | Letter from Assistant U.S. Attorney Catherine M. Mirabile to the Honorable Thomas C. Platt Regarding on behalf of defendants Glenn Young and Julie Linkins to respectfully request that their time to answer, move or otherwise respond to the complaint in the above-referenced action be extended to June 2, 2004.. (Mirabile, Catherine) (Entered: 03/23/2004) |
| 03/24/2004 | ⊕20 | ORDER: The motion for admission to practice pro hac vice is GRANTED. The admitted attorney Paul Bradley, is permitted to argue or try this particular case in whole or in part as co-counsel or co-advocate with Thomas Smith, Esq.. Signed by Judge Thomas C. Platt on 3/24/04. cm. Fee paid. Receipt #11962 (Lopez, Adriana) (Entered: 03/30/2004) |
| 03/25/2004 | ⊕22 | Letter Motion dtd 3/23/04 from Catherine Mirabile to USDJ Platt re: Respectfully requesting that the time to answer, move or otherwise respond to the complaint be extended to 6/2/04. (Lopez, Adriana) (Entered: 04/15/2004) |
| 03/25/2004 | ⊕ | ORDER: Request to answer, move or otherwise respond to the complaint be extended to 6/2/04 is GRANTED. Signed by Judge Thomas C. Platt on 3/25/04. cm/eod22(Lopez, Adriana) (Entered: 04/15/2004) |
| 04/08/2004 | ⊕23 | ORDER TO SHOW CAUSE: It is Ordered that dfts Greg Meyer and Glenn Young show cause why a preliminary injunction should not be issued restraining and enjoining the dfts from harassing and intimidating witnesses in thes action. Show Cause Hearing set for 4/16/2004 10:30 AM before Senior Judge Thomas C. Platt. Signed by Judge Thomas C. Platt on 4/8/04. (Lopez, Adriana) (Entered: 04/23/2004) |
| 04/08/2004 | ⊕24 | MEMORANDUM in Support of [23] Order to Show Cause for preliminary injunction. Filed by George Demtriou, Philip Messina. (Lopez, Adriana) (Entered: 04/23/2004) |

| | | |
|---|---|---|
| 04/13/2004 | ❂25 | AFFIDAVIT of Service re: Order to Show Cause served on Paul Bradley and Catherine Mirabile Esq. on 4/8/04, filed by George Demtriou, Philip Messina. (Lopez, Adriana) (Entered: 04/23/2004) |
| 04/14/2004 | ❂26 | Letter dtd 4/14/04 from Paul Bradley to USDJ Platt re: The parties have agreed to adjourned the hearing on the Order to Show cause for a Preliminary injunction until 5/14/04 at 10:30 am.. (Lopez, Adriana) (Entered: 04/29/2004) |
| 04/27/2004 | ❂27 | MOTION for Leave to Appear : *Dfts move for an Order allowing JAMES J. FREEBERY appear as PRO HAC VICE counsel on behalf of defendants.* Filed by American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall. (Lopez, Adriana) (Entered: 05/12/2004) |
| 04/27/2004 | ❂28 | AFFIDAVIT of JAMES J. FREEBERY in Support to the [27] MOTION for an Order allowing JAMES J. FREEBERY appear as PRO HAC VICE counsel on behalf of defendants. (Lopez, Adriana) (Entered: 05/12/2004) |
| 04/29/2004 | ❂29 | ORDER: The motion for admission to practice pro hac vice is · GRANTED. The admitted attorney JAMES J. FREEBERY, is permitted to argue or try this particular case in whole or in part as co-counsel or co-advocate. Signed by JudgeThomas C. Platt on 4/29/04. FEE PAID. RECEIPT #012787 (Lopez, Adriana) (Entered: 05/12/2004) |
| 04/29/2004 | | ***Attorney James J. Freebery added. (Lopez, Adriana) (Entered: 05/12/2004) |
| 05/12/2004 | ❂30 | Letter dtd 5/10/04 from Paul BRadley to USDJ Platt re: Confirming that the briefing on the motion to dismiss is complete and the hearing is scheduled for 7/23/04. (Lopez, Adriana) (Entered: 05/20/2004) |
| 05/14/2004 | ❂31 | Minute Entry for proceedings held before Judge Thomas C. Platt : Status Conference held on 5/14/2004. Counsel for all sides present. Dft's object to hearing, do not believe there is irreparable harm. Parties to send in more papers for the Court to determine whether a hearing is needed. (Lopez, Adriana) (Entered: 06/01/2004) |
| 05/25/2004 | ❂32 | DECLARATION OF ROBERT BRAGG. (Lopez, Adriana) (Entered: 06/07/2004) |
| 05/25/2004 | ❂33 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition to pltffs' order to show cause for a preliminary injunction. Filed by Glenn Young. (Lopez, Adriana) (Entered: 06/07/2004) |

Case 1:05-cv-00344-JJF    Document 49    Filed 05/31/2005    Page 12 of 14

| | | |
|---|---|---|
| 06/01/2004 | ❻34 | DECLARATION of GLENN JOHN. Filed by Glenn Young. (Lopez, Adriana) (Entered: 06/07/2004) |
| 06/01/2004 | ❻35 | DECLARATION OF CATHERINE MIRABILE in Opposition to pltffs' order to show cause for a preliminary injunction. Filed by Glenn Young. (Lopez, Adriana) (Entered: 07/14/2004) |
| 06/01/2004 | ❻36 | MEMORANDUM in Opposition to pltffs' order to show cause for a preliminary injunction. Filed by Glenn Young. (Lopez, Adriana) (Entered: 07/14/2004) |
| 07/21/2004 | ❻37 | MOTION to Dismiss *the complaint* by American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall. (O'Hara, Karen) (Entered: 07/21/2004) |
| 07/21/2004 | ❻38 | MEMORANDUM in Support of the [37] MOTION to Dismiss *the complaint* by American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall. (O'Hara, Karen) (Entered: 07/21/2004) |
| 07/21/2004 | ❻39 | George Demtriou and Philip Messina's MEMORANDUM in Opposition to the [37] MOTION to Dismiss *the complaint*. (O'Hara, Karen) (Entered: 07/21/2004) |
| 07/21/2004 | ❻40 | REPLY Memorandum in Support of the [37] MOTION to Dismiss *the complaint* by American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall. (O'Hara, Karen) (Entered: 07/21/2004) |
| 07/21/2004 | ❻41 | Letter dated 7/21/2004 from Steven Lester to Thomas C. Platt USDJ Re: adjourning the oral argument from Friday July 23, 2004 to 11/5/2004 at 10:30 a.m.. (O'Hara, Karen) (Entered: 07/21/2004) |
| 07/21/2004 | | ***Motions terminated: [37] MOTION to Dismiss *the complaint* DENIED without prejudice to renew and reargue with other defendant's motions to dismiss. Set Deadlines as to[37] MOTION to Dismiss *the complaint*., Motion Argument set for 11/5/2004 10:30 AM in Courtroom 1040 before Senior Judge Thomas C. Platt for All defendant's motions to dismiss. (O'Hara, Karen) (Entered: 07/21/2004) |
| 10/01/2004 | ❻42 | Letter from Paul A. Bradley to Judge Lindsay Regarding plaintiff's service of premature discovery requests. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D)(Abate, Samuel) (Entered: 10/01/2004) |

Case 1:05-cv-00344-JJF    Document 49    Filed 05/31/2005    Page 13 of 14

| | | |
|---|---|---|
| 10/13/2004 | ⊙ | ORDER re 42: Application granted to the extent the defendant seeks to strike any discovery requests served in violation of Rule 26(d). The defendant is reminded however that discovery is not stayed during the pendency of a motion to dismiss absent a court order. The defendant's application for costs is denied. c/ecf Signed by Judge Arlene R. Lindsay on October 13, 2004. (Miller, Dina) (Entered: 10/13/2004) |
| 10/14/2004 | ⊙43 | NOTICE of Appearance by Artemeo C. Aranilla II on behalf of American Society of Law Enforcement Trainers, Inc., Andrew Casavant, Timothy Dees, Mary Gifford, David Grossi, Frank A. Hackett Jr., Gary T. Klugiewicz, Lisa Konrath, Julie Linkins, Greg Meyer, David Smith, David Watson, William Westfall (Aranilla, Artemeo) (Entered: 10/14/2004) |
| 10/20/2004 | ⊙44 | Letter from Catherine Mirabile to Honorable Thomas C. Platt Regarding Stipulation and Order of Partial Dismissal in the above-referenced action.. (Attachments: # 1)(Mirabile, Catherine) (Entered: 10/20/2004) |
| 10/25/2004 | ⊙45 | STIPULATION AND ORDER OF PARTIAL DISMISSAL that this action is hereby dismissed as to Glenn Young pursuant to Fed. R. Civ. P. 41(a)(l).. Signed by Judge Thomas C. Platt on 10/25/04. cm(Mierzejewski, Elizabeth) (Entered: 10/29/2004) |
| 10/25/2004 | | *** Party Glenn Young terminated. (Pursuant to Order in document 45) (Mierzejewski, Elizabeth) (Entered: 10/29/2004) |
| 11/05/2004 | ⊙46 | Minute Entry for proceedings held before Judge Thomas C. Platt : Motion Hearing held on 11/5/2004 re [37] MOTION to Dismiss. Counsel for all sides present. Motion argued bu all sides. Decision reserved (Lopez, Adriana) (Entered: 11/12/2004) |
| 11/30/2004 | ⊙47 | MEMORANDUM AND ORDER: Dfts' motion to dismiss is GRANTED but WITHOUT PREJUDICE to the transfer of this case to the U.S. Ditrict Court in Delaware. Signed by Judge Thomas C. Platt on 11/30/04. (Lopez, Adriana) (Entered: 12/02/2004) |
| 11/30/2004 | | ***Civil Case Terminated. (Lopez, Adriana) (Entered: 12/02/2004) |
| 12/23/2004 | ⊙48 | NOTICE of Change of Address: 300 Garden City Plaza, Suite 234. Garden City, NY 11530. Filed by Steven M. Lester (Lopez, Adriana) (Entered: 12/30/2004) |
| 05/16/2005 | ⊙49 | MEMORANDUM in Opposition to Issuance of Preliminary Injunction by Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi, Julie Linkins, William Westfall, David Watson, John Does 1-10, American Society of Law Enforcement Trainers, Inc., Frank A. Hackett, Jr, Andrew Casavant, Greg Meyer, Gary T. Klugiewicz. (Barhome, Sydelle) (Entered: 05/26/2005) |

Case 1:05-cv-00344-JJF    Document 49    Filed 05/31/2005    Page 14 of 14

| 05/24/2005 | ✆ | NOTICE: Certified copy of docket sheet, transfer letter, certified copy of order transferring this action. (Barhome, Sydelle) (Entered: 05/24/2005) |
| 05/26/2005 | ✆ | Original Documents, 1-49 mailed 5/27/05, (Documents 38, 42-45 to be forwarded) with letter of referral, certified copy of docket sheet to District of Delaware(Barhome, Sydelle) (Entered: 05/26/2005) |

A TRUE COPY
ATTEST
DATED ......5/25......20.02.
ROBERT C. HEINEMANN
......................
BY ....................... CLERK
DEPUTY CLERK