UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PHILIP MESSINA, GEORGE DEMTRIOU,          Docket No. CV-04-0170 (TCP)
individually and on behalf of all others similarly
situated, and derivatively on behalf of
AMERICAN SOCIETY OF LAW ENFORCEMENT
TRAINERS, INC.,

                     Plaintiffs,

   -against-

FRANK A. HACKETT, JR., ANDREW CASAVANT,
GREG MEYER, et al.,

                     Defendants.

------------------------------------------------------------------X

**PROOF OF SERVICE, AFFIDAVIT
OF SERVICE, AND RETURN OF SERVICE**

05-344

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ FEB 13 2004 ★

3/9/P

LONG ISLAND OFFICE

LAW OFFICES OF
**STEVEN M. LESTER**
325 MERRICK AVENUE
EAST MEADOW, NEW YORK 11554
TELEPHONE: (516) 357-0056

Attorneys for Plaintiffs





# Omega Investigative Agency
Corporate Security, Investigations & Training

## PROOF OF SERVICE

Plaintiff: **PHILIP MEESSINA, GEORGE DEMTRIOU** individually and on behalf of all others similarly situated, and and derivatively on behalf of **AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.**

Case No: **CV-04 0170**

Defendant: **DANIEL WATSON**

1. At the time of Service, I was at least EIGHTEEN (18) years of age, and not a party to this action, and SERVED COPIES OF THE (Specify Documents): **SUMMONS AND COMPLAINT.**

2.   A.   Party Served:   **ESTHER DELINKO**, ADMINISTRATIVE SECRETARY FOR **DANIEL WATSON** CHIEF OF POLICE FOR THE CITY OF SOUTH PASADENA AND THE FRONT DESK PERSONAL FOR THE SOUTH PASADENA POLICE DEPARTMENT.

    B.   Person Served:   **ESTHER DELINKO**, ADMINISTRATIVE SECRETARY FOR **DANIEL WATSON** CHIEF OF POLICE FOR THE CITY OF SOUTH PASADENA AND THE FRONT DESK PERSONAL FOR THE SOUTH PASADENA POLICE DEPARTMENT.

    C.   Address:   **1422 MISSION STREET SOUTH PASADENA, CALIFORNIA 91030**

    D.   By Delivery:

☐ BY PERSONALLY HANDING a copy of the NOTICE to the above-named Defendant(s).

OR

☒ BY LEAVING a copy for each of the above-named Defendant(s) with **ESTHER DELINKO, ADMINISTRATIVE SECRETARY FOR DANIEL WATSON CHIEF OF POLICE FOR THE CITY OF SOUTH PASADENA** a person of suitable age and discretion at the residence or usual place of business of the Defendant(s), said Defendant(s) being absent thereof. AND MAILING by first class mail on said date a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named Defendant(s) at their place of residence. **I deposited such envelope(s) in the mail at: United States Postal Office - Whittier Main Office - 8520 Michigan Ave, Whittier, CA 90605.**

OR

☐ By POSTING a copy for each of the above-named Defendant(s) in a conspicuous place on the property therein described there being no person of suitable age or discretion to be found at any known place of residence or business of said Defendant(s). AND MAILING by first class on the same day as posted, a copy to each said Defendant(s) by depositing said copies in the United States Mail, in a sealed envelope with postage fully prepaid, addressed to the Defendant(s) at the place where the property is situated. **I deposited such envelope(s) in the mail at: United States Postal Office - Whittier Main Office - 8520 Michigan Ave, Whittier, CA 90605.**

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed on **FEBRUARY 02, 2004** (Date), at (Time): **9:20 AM** Address: **SOUTH PASADENA POLICE DEPARTMENT LOCATED AT 1422 MISSION STREET, SOUTH PASADENA, CALIFORNIA 91030.**

**Person Serving:**

Kevin Cawley / Omega Investigative Agency
13215 East Penn Street Suite 329    Telephone: (562) 945-4707
Whittier, California 90602    Fax: (562) 945-5507
California Private Investigator License 18050 Expiration: May 31, 2004
California Registered Process Server 686 Expiration: July 18, 2004

**FEE FOR SERVICE:** $ 45.00

DATE:    **FENRUARY 02, 2004**

_Signature_

# AFFIDAVIT

State of California

County of Los Angeles

Before the undersigned, an officer duly commissioned by the laws of California, on this 2nd day of February, 2004, personally appeared Kevin Cawley who having been first duly sworn depose and say:

At the time of Service, I was at least EIGHTEEN (18) years of age, and not a party to this action, and SERVED COPIES OF THE (Specify Documents): **Summons and Complaint.**

I **Kevin Cawley** PERSONALLY HANDING a copy of Case No: **CV-04 0170** to the Administrative Secretary for Daniel Watson, a Esther Delinko who informed me that she was authorized to accept on behalf of Daniel Watson Chief of Police for the City of South Pasadena Located At **1422 Mission Street, South Pasadena, California 91030** on **February 02, 2004** at **9:20 AM**.

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

_____
KEVIN CAWLEY
CALIFORNIA PRIVATE INVESTIGATOR LICENSE 18050
AND CALIFORNIA REGISTERED PROCESS SERVER 686

Sworn and subscribed before me this 2nd day of February, 2004.

DENISE CAWLEY
Comm. #1382575
NOTARY PUBLIC - CALIFORNIA
Los Angeles County
My Comm. Expires Oct. 31, 2006

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF CALIFORNIA

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV-04 0170            Date Filed: 1/16/2004

Plaintiff:
**Philip Messina, George Demtriou, et.al.**
vs.
Defendant:
**Frank A. Hackett, Jr., Andrew Casavant, et.al.**

Received by EXPRESS PROCESS SERVICE, INC. on the 29th day of January, 2004 at 4:03 pm to be served on **WILLIAM S. WESTFALL, 35 Pine Drive, Santa Claus, IN 47579.** I, Scott Williams, being duly sworn, depose and say that on the 31st day of JAN., 2004 at 10:00 p.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

[X] INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein. A copy was than mailed on _____ from _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age 50 Sex (M) F Race CAU Height 6FT Weight 220 Hair BRN (Bld) Glasses (Y) N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 2nd day of Feb., 04 by the affiant who is personally known to me.

_Lucinda A. Brockman_
NOTARY PUBLIC

LUCINDA BROCKMAN
MY COMMISSION EXPIRES FEBRUARY 4, 2009
A NOTARY PUBLIC
RESIDING IN SPENCER COUNTY

_Joseph S. Williams_
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2004000634

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 2/02/04 |
| NAME OF SERVER (PRINT) DUNCAN W. PIERCE | TITLE PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 2408 RUFFIN DRIVE FREDERICKSBURG, VA 22408

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 55 mi. @ $.37 a mi. | $ 3.00 | $ 50.35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/02/04
   Date

Signature of Server

11505 ARROW HEAD COURT
Address of Server

FREDERICKSBURG, VA BURG

SWORN TO AND ASCRIBED BEFOR ME THIS 4 day of February 2004

by _____
NOTARY PUBLIC

My Commission Exp 3/31/04

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN _____ DISTRICT OF __NEW YORK__

PHILIP MESSINA, GEORGE DEMETRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

               Plaintiffs,
     v.
FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

               Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV-04 0170 

PLATT, J.

LINDSAY, M.

TO: (Name and address of defendant)

Julie Linkins
2408 Ruffin Dr
Fredericksburg VA 22408-0263

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK

_(signature)_
(BY) DEPUTY CLERK

DATE  JAN 16 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV-04 0170

PHILIP MESSINA,
GEORGE DEMTRIOU, individually and
on behalf of all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,
Plaintiffs,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

RECEIVED
U.S. DISTRICT COURT, E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE

★ JAN 1 6 2004 ★

ENTERED

COMPLAINT
FOR DAMAGES
and EQUITABLE RELIEF

JURY TRIAL DEMANDED

PLATT, J.
LINDSAY, M.

v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT,
GREG MEYER,
GARY T. KLUGIEWICZ,
TIMOTHY DEES,
LISA KONRATH,
MARY GIFFORD,
DAVID SMITH,
DAVID GROSSI,
JULIE LINKINS
WILLIAM WESTFALL
DANIEL WATSON
GLENN YOUNG,
JOHN DOES 1-10,
     Defendants,

and AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,
Nominal Defendant.

## INTRODUCTION

1. This is an action brought by law enforcement officers and trainers for substantive racketeering and racketeering conspiracy, fraud, corporate waste, and breach of the duty of loyalty.

1