*OF*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

0 5 - 3 4 4

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of all others similarly
situated, and derivatively on behalf of
AMERICAN SOCIETY OF LAW ENFORCEMENT
TRAINERS, INC.,

Docket No. CV-04-0170 (TCP)

Plaintiffs,

-against-

FRANK A. HACKETT, JR., ANDREW CASAVANT,
GREG MEYER, et al.,

Defendants.

-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 19 2004   ☆
3/9
LONG ISLAND OFFICE

## **AFFIDAVITS OF RETURN OF SERVICE**

2005 MAY 31 AM 11: 56
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2004 FEB -9 PM 13
SUFFOLK COUNTY
DISTRICT COURT

LAW OFFICES OF
**STEVEN M. LESTER**
325 MERRICK AVENUE
EAST MEADOW, NEW YORK   1 1 5 5 9
TELEPHONE: (5 1 6) 357-0056

Attorneys for Plaintiffs

3-12

# AFFIDAVIT OF RETURN OF SERVICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

| | | |
|---|---|---|
| **STATE OF MISSOURI** | ) | **PHILIP MESSINA v.** |
| | | **FRANK A. HACKETT, JR., ETAL** MAR 19 2004 |
| **COUNTY OF ST. LOUIS** | ) | **United States District Court** |
| | | **Eastern District of New York** |
| | | **Case No. CV-04 0170** LONG ISLAND OFFICE |

Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,

being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a

disinterested party to this action, and that he served a copy of the attached Summons and

Complaint, by personal service on defendant GARY KLUGIEWICZ, at Adam's Mark

Hotel, Lobby Café, Fourth and Chestnut Street, St. Louis, Missouri 63102 on January 19,

2004, 9:25 a.m.

MARKELL & ASSOCIATES, INC.

**Mark B. Smith**

Subscribed and sworn to before me, a Notary Public, this 19th day of January,

2004.

Notary Public

JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN _____ **DISTRICT OF** ___ NEW YORK ___

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

            Plaintiffs,

       v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

         Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# CV-04 0170

PLATT, J.

LINDSAY, M.

TO: (Name and address of defendant)

Gary Klugiewicz
4011 S. 90th Street
Greenfield, WI 53228

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

JAN 1 0 2004

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

## AFFIDAVIT OF RETURN OF SERVICE

| | | |
|---|---|---|
| **STATE OF MISSOURI** ) | **PHILIP MESSINA v.** | **FILED** |
| | **FRANK A. HACKETT, JR., ETAL** | IN CLERK'S OFFICE |
| **COUNTY OF ST. LOUIS** ) | **United States District Court** | U.S. DISTRICT COURT E.D.N.Y. |
| | **Eastern District of New York** | ★ FEB 1 9 2004 ★ |
| | **Case No. CV-04 0170** | 3 | 9 P |
| | | LONG ISLAND OFFICE |

Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,

being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a

disinterested party to this action, and that he served a copy of the attached Summons and

Complaint on defendant THE AMERICAN SOCIETY OF LAW ENFORCEMENT

TRAINERS, INC., by personal service on ANDY CASAVANT, Chairman and Person In

Charge, at Adam's Mark Hotel, Promenade Salon E, Fourth and Chestnut Street, St.

Louis, Missouri 63102 on January 19, 2004, 9:15 a.m.

**MARKELL & ASSOCIATES, INC.**

**Mark B. Smith**

Subscribed and sworn to before me, a Notary Public, this 19th day of January,
2004.

Notary Public



JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN _____ DISTRICT OF ___ NEW YORK ___

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

                   Plaintiffs,

     v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

                   Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## CV-04 0170

PLATT, J.

LINDSAY, M.

TO: (Name and address of defendant)

The American Society of Law Enforcement Trainers, Inc.
121 North Court Street
Frederick, MD 21701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

JAN 10 2004

_____
CLERK

_____
DATE

_A. Carmel_
(BY) DEPUTY CLERK

## AFFIDAVIT OF RETURN OF SERVICE

STATE OF MISSOURI   )

COUNTY OF ST. LOUIS  )

PHILIP MESSINA v.
FRANK A. HACKETT, JR., ETAL
**United States District Court**
**Eastern District of New York**
**Case No.  CV-04 0170**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N Y

★   FEB 19 2004   ★
3/9 ℗
LONG ISLAND OFFICE

Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,

being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a

disinterested party to this action, and that he served a copy of the attached Summons and

Complaint, by personal service on defendant DAVID M. GROSSI, at Adam's Mark

Hotel, Promenade Salon E, Fourth and Chestnut Street, St. Louis, Missouri 63102 on

January 19, 2004, 9:15 a.m.

MARKELL & ASSOCIATES, INC.



**Mark B. Smith**

Subscribed and sworn to before me, a Notary Public, this 19th day of January,
2004.

Notary Public



JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005

5

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN _____ DISTRICT OF ___ NEW YORK

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

**SUMMONS IN A CIVIL CASE**

             Plaintiffs,

CASE NUMBER:

      v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

           Defendants.

# CV-04 0170 

## PLATT, J.

## LINDSAY, M.

TO: (Name and address of defendant)

David M. Grossi
3420 Donoso Court
Naples, FL 34109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

JAN I 0 2004

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

## AFFIDAVIT OF RETURN OF SERVICE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

| | |
|---|---|
| **STATE OF MISSOURI** ) | **PHILIP MESSINA v.** |
| | **FRANK A. HACKETT, JR., ETAL**★ |
| **COUNTY OF ST. LOUIS** ) | **United States District Court** |
| | **Eastern District of New York** |
| | **Case No. CV-04 0170** |

FEB 1 9 2004  ★
3/9(?)
LONG ISLAND OFFICE

Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,

being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a

disinterested party to this action, and that he served a copy of the attached Summons and

Complaint, by personal service on defendant LISA A. KONRATH, at Adam's Mark

Hotel, Promenade Salon E, Fourth and Chestnut Street, St. Louis, Missouri 63102 on

January 19, 2004, 9:15 a.m.

**MARKELL & ASSOCIATES, INC.**

**Mark B. Smith**

Subscribed and sworn to before me, a Notary Public, this 19th day of January,
2004.

Notary Public



JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN ———————————— **DISTRICT OF** ___ NEW YORK ___

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

       v.       Plaintiffs,

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

       Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# CV-04 0170

PLATT, J.

LINDSAY, M.

TO: (Name and address of defendant)

Lisa A. Konrath
P.O. Box 12502
Tucson, AZ 85732-0502

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

ROBERT C. HEINEMANN

JAN 1 6 2004

CLERK

_____
(BY) DEPUTY CLERK

DATE

## AFFIDAVIT OF RETURN OF SERVICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

FEB 19 2004    ★

3|9 ℗

LONG ISLAND OFFICE

STATE OF MISSOURI    )    PHILIP MESSINA v.
                          FRANK A. HACKETT, JR., ET AL
COUNTY OF ST. LOUIS  )    United States District Court
                          Eastern District of New York
                          Case No.  CV-04 0170

Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,
being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a
disinterested party to this action, and that he served a copy of the attached Summons and
Complaint, by personal service on defendant MARY GIFFORD, at Adam's Mark Hotel,
Promenade Salon E, Fourth and Chestnut Street, St. Louis, Missouri 63102 on January
19, 2004, 9:15 a.m.

MARKELL & ASSOCIATES, INC.

_____
**Mark B. Smith**

Subscribed and sworn to before me, a Notary Public, this 19th day of January,
2004.

_____
Notary Public





AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**EASTERN** _____ **DISTRICT OF** _____ NEW YORK

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

           **Plaintiffs,**

      v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

      **Defendants.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# CV-04 0170 

PLATT, J.

LINDSAY, M.

TO: (Name and address of defendant)

Mary Gifford
5750 Elm Swamp Road
Lebanon, IN 46052-8246

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

ROBERT C. HEINEMANN

JAN 1 6 2004

_____
CLERK

_____
(BY) DEPUTY CLERK

_____
DATE

## AFFIDAVIT OF RETURN OF SERVICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

**STATE OF MISSOURI** )

**COUNTY OF ST. LOUIS** )

**PHILIP MESSINA v.
FRANK A. HACKETT, JR., ET AL**    FEB 1 9 2004
**United States District Court
Eastern District of New York
Case No. CV-04 0170**    3 | 9

LONG ISLAND OFFICE

Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,

being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a

disinterested party to this action, and that he served a copy of the attached Summons and

Complaint, by personal service on defendant DAVE SMITH, at Adam's Mark Hotel,

Promenade Salon E, Fourth and Chestnut Street, St. Louis, Missouri 63102 on January

19, 2004, 9:15 a.m.

**MARKELL & ASSOCIATES, INC.**

**Mark B. Smith**

Subscribed and sworn to before me, a Notary Public, this 19th day of January,
2004.

Notary Public



JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN _____ **DISTRICT OF** _____ NEW YORK _____

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

            Plaintiffs,

    v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# CV-04 0170

PLATT, J.

LINDSAY, M.

TO: (Name and address of defendant)

    Dave Smith
    223 Wellmington Drive
    Oswego, IL 60543

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

_____
CLERK

_____
(BY) DEPUTY CLERK

JAN 16 2004

_____
DATE

## AFFIDAVIT OF RETURN OF SERVICE

**STATE OF MISSOURI**     )     **PHILIP MESSINA v.**
                                  **FRANK A. HACKETT, JR., ETAL.**
**COUNTY OF ST. LOUIS** )     **United States District Court**
                                  **Eastern District of New York**
                                  **Case No.  CV-04 0170**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  FEB 1 9 2004  ★

3/9 @

LONG ISLAND OFFICE

Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,

being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a

disinterested party to this action, and that he served a copy of the attached Summons and

Complaint, by personal service on defendant TIM DEES, at Adam's Mark Hotel,

Promenade Salon E, Fourth and Chestnut Street, St. Louis, Missouri 63102 on January

19, 2004, 9:15 a.m.

**MARKELL & ASSOCIATES, INC.**

**Mark B. Smith**

Subscribed and sworn to before me, a Notary Public, this 19th day of January,
2004.

Notary Public



JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN _____ **DISTRICT OF** _____ NEW YORK _____

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

**SUMMONS IN A CIVIL CASE**

             Plaintiffs,

**CASE NUMBER:**

     v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

             Defendants.

# CV-04 0170

# PLATT, J.

# LINDSAY, M.

TO: (Name and address of defendant)

Tim Dees
2803 S. Irby Ct.
Kennewick, WA 99336

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

ROBERT C. HEINEMANN

JAN 16 2004

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

## AFFIDAVIT OF RETURN OF SERVICE

**STATE OF MISSOURI**    )    **PHILIP MESSINA v.**
                               **FRANK A. HACKETT, JR., ETAL**
**COUNTY OF ST. LOUIS**    )    **United States District Court**
                               **Eastern District of New York**
                               **Case No. CV-04 0170**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N Y

★     FEB 1 9 2004     ★

3/9/0

LONG ISLAND OFFICE

       Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,

being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a

disinterested party to this action, and that he served a copy of the attached Summons and

Complaint, by personal service on defendant FRANK A. HACKETT, JR., at Adam's

Mark Hotel, Promenade Salon E, Fourth and Chestnut Street, St. Louis, Missouri 63102

on January 19, 2004, 9:15 a.m.


                         **MARKELL & ASSOCIATES, INC.**

                                 **Mark B. Smith**


       Subscribed and sworn to before me, a Notary Public, this 19th day of January,
2004.

                              Notary Public

JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN ———————————— **DISTRICT OF** ———— NEW YORK

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

         **SUMMONS IN A CIVIL CASE**

          Plaintiffs,

         **CASE NUMBER:**

      v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

         Defendants.

# CV-04 0170 

## PLATT, J.

## LINDSAY, M.

TO: (Name and address of defendant)

   Frank A. Hackett, Jr.
   2401 Randolf Terr.
   Frederick, MD 21702

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

JAN 1 6 2004

——————————————       —————————————
CLERK                                       DATE

———————————————
(BY) DEPUTY CLERK

## AFFIDAVIT OF RETURN OF SERVICE

**STATE OF MISSOURI**   )   **PHILIP MESSINA v.**

                                   **FRANK A. HACKETT, JR., ETAL**

**COUNTY OF ST. LOUIS**   )   **United States District Court**

                                   **Eastern District of New York**

                                   **Case No. CV-04 0170**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   FEB 19 2004   ★
3|9 ℗
LONG ISLAND OFFICE

Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,

being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a

disinterested party to this action, and that he served a copy of the attached Summons and

Complaint, by personal service on defendant GREG MEYER, at Adam's Mark Hotel,

Promenade Salon E, Fourth and Chestnut Street, St. Louis, Missouri 63102 on January

19, 2004, 9:15 a.m.

                                   **MARKELL & ASSOCIATES, INC.**

                                   **Mark B. Smith**

Subscribed and sworn to before me, a Notary Public, this 19th day of January,
2004.

                                   Notary Public

JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN _____ **DISTRICT OF** _____ NEW YORK _____

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

            Plaintiffs,

      v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# CV-04 0170

## PLATT, J.

## LINDSAY, M.

TO: (Name and address of defendant)

Greg Meyer
7204 Coolgrove Dr.
Downey, CA 90240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

JAN 1 6 2004

_____        _____
CLERK                          DATE

_____
(BY) DEPUTY CLERK

## AFFIDAVIT OF RETURN OF SERVICE

**STATE OF MISSOURI    )**    **PHILIP MESSINA v.**
    **FRANK A. HACKETT, JR., ETAL**
**COUNTY OF ST. LOUIS  )**    **United States District Court**
    **Eastern District of New York**
    **Case No.  CV-04 0170**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  FEB 1 9 2004  ★
3/9/0
LONG ISLAND OFFICE

Mark B. Smith, of Markell & Associates, Inc., of Markell & Associates, Inc.,

being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a

disinterested party to this action, and that he served a copy of the attached Summons and

Complaint, by personal service on defendant ANDY CASAVANT, at Adam's Mark

Hotel, Promenade Salon E, Fourth and Chestnut Street, St. Louis, Missouri 63102 on

January 19, 2004, 9:15 a.m.


**MARKELL & ASSOCIATES, INC.**

**Mark B. Smith**


Subscribed and sworn to before me, a Notary Public, this 19th day of January,
2004.

Notary Public

JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__EASTERN__ ———————————— DISTRICT OF ___NEW YORK___

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

**SUMMONS IN A CIVIL CASE**

              Plaintiffs,

CASE NUMBER:

       v.

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

# CV-04 0170

             Defendants.

TO: (Name and address of defendant)

Andy Casavant
2758 CR 1100 N.
Homer, IL 61849-9763

# PLATT, J.

# LINDSAY, M.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

JAN / Ø 2004

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK