UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 04 2004 ★
3/30/04
LONG ISLAND OFFICE

05 - 344

2005 MAY 31 AM 11:56
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PHILIP MESSINA, )
GEORGE DEMTRIOU, individually and on )
behalf of all others similarly situated, and ) Civil Action No: CV-040170
derivatively on behalf of )
AMERICAN SOCIETY OF LAW )
ENFORCEMENT TRAINERS, INC., )
Plaintiffs, )
)
) NOTICE OF MOTION TO
v. ) ADMIT COUNSEL
) PRO HAC VICE
)
FRANK A. HACKETT, JR., )
ANDREW CASAVANT, )
GREG MEYER, )
GARY T. KLUGIEWICZ, )
TIMOTHY DEES, )
LISA KONRATH, )
MARY GIFFORD, )
DAVID SMITH, )
DAVID GROSSI, )
JULIE LINKINS, )
WILLIAM WESTFALL, )
DANIEL WATSON, )
GLENN YOUNG, )
JOHN DOES 1-10, )
    Defendants, )
)
And AMERICAN SOCIETY OF LAW )
ENFORCEMENT TRAINERS, INC., )
Nominal Defendant. )

To:    Steven M. Lester, Esquire
       Law Offices of Steven M. Lester
       325 Merrick Avenue
       East Meadow, New York 11554
       Telephone: 516.357.0056

PLEASE TAKE NOTICE that upon the annexed affidavit of A. Richard Winchester in support

of this motion and the Certificate of Good Standing annexed thereto we will move this Court

13

WL1: 87400.01

before the Honorable Thomas C. Platt at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of A. Richard Winchester, a member of the firm of McCarter & English, and a member in good standing of the Bar of the State of Delaware, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending discovery disciplinary proceedings against me in any State or Federal Court.

                                                Respectfully submitted,

                                                A. Richard Winchester, DE Bar #2641
                                                McCarter & English LLP
                                                919 North Market Street
                                                Suite #1800
                                                Wilmington, DE 19899
                                                Telephone: 302.984.6300

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **A. Richard Winchester** was admitted to practice as an attorney in the Courts of this State on December 9, 1987 and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 29th day January 2004.



Cathy L. Howard
Clerk of the Supreme Court