FILED
IN CLERK'S OFFICE
STRICT COURT E.D.N.Y

FEB 04 2004

3/30/04

ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILIP MESSINA, )
GEORGE DEMTRIOU, individually and on )
behalf of all others similarly situated, and ) Civil Action No: CV-040170
derivatively on behalf of )
AMERICAN SOCIETY OF LAW )
ENFORCEMENT TRAINERS, INC., ) 05 - 344
Plaintiffs, )
)
) AFFIDAVIT OF
v. ) PAUL A. BRADLEY IN
) SUPPORT OF MOTION TO
FRANK A. HACKETT, JR., ) ADMIT COUNSEL
ANDREW CASAVANT, ) PRO HAC VICE
GREG MEYER, )
GARY T. KLUGIEWICZ, )
TIMOTHY DEES, )
LISA KONRATH, )
MARY GIFFORD, )
DAVID SMITH, )
DAVID GROSSI, )
JULIE LINKINS, )
WILLIAM WESTFALL, )
DANIEL WATSON, )
GLENN YOUNG, )
JOHN DOES 1-10, )
Defendants, )
)
And AMERICAN SOCIETY OF LAW )
ENFORCEMENT TRAINERS, INC., )
Nominal Defendant. )

State of Delaware         :
                          :ss
New Castle County         :

A. Richard Winchester, being duly sworn, hereby deposes and says as follows:

1. I am Special Counsel with the law firm of McCarter & English, LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

WLI: 87400.01

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Delaware.

4. There are no pending disciplinary proceedings against me in any State or Federal court,

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

A. Richard Winchester, DE Bar #2641
McCarter & English LLP
919 North Market Street
Suite #1800
Wilmington, DE 19899
Telephone: 302.984.6300

Dated: February 3, 2004

STATE OF DELAWARE:       :
                         : SS
NEW CASTLE COUNTY:       :

Sworn to and Subscribed before me this 3rd day of February, 2004.

Francine Boccuti
Notary Public

FRANCINE BOCCUTI
Notary Public
State of Delaware
My Commission Expires April 15, 2006

WL1: 87400.01