FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 0 4 2004 ★
3130104
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILIP MESSINA, )
GEORGE DEMTRIOU, individually and on )
behalf of all others similarly situated, and ) Civil Action No: CV-040170    05-344
derivatively on behalf of )
AMERICAN SOCIETY OF LAW )
ENFORCEMENT TRAINERS, INC., )
Plaintiffs, )
 )
 ) NOTICE OF MOTION TO
v. ) ADMIT COUNSEL
 ) PRO HAC VICE
FRANK A. HACKETT, JR., )
ANDREW CASAVANT, )
GREG MEYER, )
GARY T. KLUGIEWICZ, )
TIMOTHY DEES, )
LISA KONRATH, )
MARY GIFFORD, )
DAVID SMITH, )
DAVID GROSSI, )
JULIE LINKINS, )
WILLIAM WESTFALL, )
DANIEL WATSON, )
GLENN YOUNG, )
JOHN DOES 1-10, )
    Defendants, )
 )
And AMERICAN SOCIETY OF LAW )
ENFORCEMENT TRAINERS, INC., )
Nominal Defendant. )

To:   Steven M. Lester, Esquire
      Law Offices of Steven M. Lester
      325 Merrick Avenue
      East Meadow, New York 11554
      Telephone: 516.357.0056

PLEASE TAKE NOTICE that upon the annexed affidavit of Paul A. Bradley in support of this

motion and the Certificate of Good Standing annexed thereto we will move this Court before the

15

WLI: 87400.01

Honorable Thomas C. Platt at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Paul A. Bradley, a member of the firm of McCarter & English, and a member in good standing of the Bar of the State of Delaware, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending discovery disciplinary proceedings against me in any State or Federal Court.

Respectfully submitted,

/s/ Paul A. Bradley

Paul A. Bradley, DE Bar #2156
McCarter & English LLP
919 North Market Street
Suite #1800
Wilmington, DE 19899
Telephone: 302.984.6300

WL1: 87400.01

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Paul A. Bradley** was admitted to practice as an attorney in the Courts of this State on February 17, 1983 and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my **hand and affixed** the seal of said Court at Dover this 29th day January 2004.



Cathy L. Howard
Clerk of the Supreme Court