UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MESSINA,<br>GEORGE DEMTRIOU, individually and on behalf of all others similarly situated, and derivatively on behalf of<br>AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.,<br>Plaintiffs,<br><br>v.<br><br>FRANK A. HACKETT, JR.,<br>ANDREW CASAVANT,<br>GREG MEYER,<br>GARY T. KLUGIEWICZ,<br>TIMOTHY DEES,<br>LISA KONRATH,<br>MARY GIFFORD,<br>DAVID SMITH,<br>DAVID GROSSI,<br>JULIE LINKINS,<br>WILLIAM WESTFALL,<br>DANIEL WATSON,<br>GLENN YOUNG,<br>JOHN DOES 1-10,<br>Defendants,<br><br>And AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.,<br>Nominal Defendant. | Civil Action No: CV-040170  3/30/04<br><br>AFFIDAVIT OF<br>PAUL A. BRADLEY IN<br>SUPPORT OF MOTION TO<br>ADMIT COUNSEL<br>PRO HAC VICE |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 04 2004 ★
LONG ISLAND OFFICE

05-344

State of Delaware     :
                      :ss
New Castle County     :

    Paul A. Bradley, being duly sworn, hereby deposes and says as follows:

1.     I am a partner with the law firm of McCarter & English, LLP.

2.     I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

16

WL1: 87400.01

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Delaware.

4. There are no pending disciplinary proceedings against me in any State or Federal court,

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

*(signature)*
Paul A. Bradley, DE Bar #2156
McCarter & English LLP
919 North Market Street
Suite #1800
Wilmington, DE 19899
Telephone: 302.984.6300

Dated: 2/3/04

STATE OF DELAWARE:          :
                            : SS
NEW CASTLE COUNTY:          :

Sworn to and Subscribed before me this 3rd day of February, 2004.

*(signature)*
Notary Public

FRANCINE BOCCUTI
Notary Public
State of Delaware
My Commission Expires April 15, 2006

WL1: 87400.01