Paul A. Bradley

Partner
302.984.6333
Fax 302.984.6399
pbradley@mccarter.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  FEB 06 2004  ★

**LONG ISLAND OFFICE**

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
302.984.6300
fax 302.984.6399
www.mccarter.com



ATTORNEYS AT LAW

February 5, 2004

**VIA FEDERAL EXPRESS**

United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York  11722-4438

Re:  Philip Messina, George Demtriou, individually and on behalf of all others
      similarly situated, and derivatively on behalf of American Society of Law
      Enforcement Trainers, Inc. v. Frank A. Hackett, Jr., et al. and American
      Society of Law Enforcement Trainers, Inc., Nominal Defendant
      United States District Court, Eastern District of New York,
      <u>Civil Action No: CV-040170</u>

Dear Sir or Madam:

Enclosed please find the following documents for filing in the above-entitled matter:

1.      Entry of Appearance; and

2.      Certificate of Service.

Thank you.

Respectfully,

Paul A. Bradley
PAB:mrc
Enclosures

cc:    Steven M. Lester, Esquire

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★    FEB 06 2004    ★

3/30/04

LONG ISLAND OFFICE

~ 3 4 4

| | |
|---|---|
| PHILIP MESSINA,<br>GEORGE DEMTRIOU, individually and on<br>behalf of all others similarly situated, and<br>derivatively on behalf of<br>AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.,<br>Plaintiffs,<br><br>v.<br><br>FRANK A. HACKETT, JR.,<br>ANDREW CASAVANT,<br>GREG MEYER,<br>GARY T. KLUGIEWICZ,<br>TIMOTHY DEES,<br>LISA KONRATH,<br>MARY GIFFORD,<br>DAVID SMITH,<br>DAVID GROSSI,<br>JULIE LINKINS,<br>WILLIAM WESTFALL,<br>DANIEL WATSON,<br>GLENN YOUNG,<br>JOHN DOES 1-10,<br>Defendants,<br><br>And AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.,<br>Nominal Defendant. | Civil Action No: CV-040170<br><br>**ENTRY OF APPEARANCE** |

2005 MAY 31  AM 11: 55

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Paul A. Bradley and A. Richard Winchester

of McCarter & English LLP as attorneys for defendants Frank A. Hackett, Jr., Andrew Casavant,

Greg Meyer, Gary T. Klugiewicz, Timothy Dees, Lisa Konrath, Mary Gifford, David Smith,

David Grossi, Julie Linkins, William Westfall, Daniel Watson, and American Society of Law

Enforcement Trainers, Inc. ("Defendants").

17

WL1: 87615.01

Defendants intend to file a Motion to Dismiss the Complaint on personal jurisdiction and all other appropriate grounds. The parties have agreed to and are entering into a briefing schedule.

McCarter & English LLP

Paul A. Bradley, DE Bar #2156
919 North Market Street
Suite 1800
Wilmington, DE 19801
Telephone: (302) 984-6300

A. Richard Winchester, DE Bar #2641
919 North Market Street
Suite 1800
Wilmington, DE 19801
Telephone: (302) 984-6300

Attorneys for Defendants
Frank A. Hackett, Jr., Andrew Casavant,
Greg Meyer, Gary T. Klugiewicz,
Timothy Dees, Lisa Konrath,
Mary Gifford, David Smith,
David Grossi, Julie Linkins,
William Westfall, Daniel Watson and
American Society of Law Enforcement
Trainers, Inc.

Dated:    February 5, 2004

**Certificate of Service**

I, Paul A. Bradley, Esquire and A. Richard Winchester, hereby certify that two true and

correct copies of the attached **ENTRY OF APPEARANCE** was served this 5th day of February,

2004, to the following counsel of record by United States First Class Mail:

*For the Plaintiffs:*

Steven M. Lester, Esquire
Law Offices of Steven M. Lester
325 Merrick Avenue
East Meadow, New York  11544

Paul A. Bradley

WL1: 87615.01



McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
302.984.6300
fax 302.984.6399
www.mccarter.com

Paul A. Bradley

Partner
302.984.6333
Fax 302.984.6399
pbradley@mccarter.com



M<sup>c</sup>CARTER ENGLISH

ATTORNEYS AT LAW

February 4, 2004

**VIA FEDERAL EXPRESS**

The Honorable Thomas C. Platt
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

Re:   Philip Messina, George Demtriou, individually and on behalf of all others
      similarly situated, and derivatively on behalf of American Society of Law
      Enforcement Trainers, Inc. v. Frank A. Hackett, Jr., et al. and American
      Society of Law Enforcement Trainers, Inc., Nominal Defendant
      United States District Court, Eastern District of New York,
      Civil Action No: CV-040170

Dear Judge Platt:

McCarter & English, LLP will be representing certain of the defendants in the above-referenced
matter. Motions for Admission Pro Hac Vice were filed yesterday on behalf of A. Richard
Winchester and me which did not which identify the defendants this firm will be representing.
To clarify the record, I have listed below those defendants represented by McCarter & English,
LLP in this matter: Frank A. Hackett, Jr.; Andrew Casavant; Greg Meyer; Gary T. Klugiewicz;
Timothy Dees; Lisa Konrath; Mary Gifford; David Smith; David Grossi; Julie Linkins; William
Westfall, Daniel Watson and American Society of Law Enforcement Trainers, Inc. (nominal
defendant).

A Notice of Appearance will be filed on behalf of all of these defendants when they are served.

As always, I remain available to the Court should any questions arise.

Respectfully submitted,

Paul A. Bradley
PAB:mrc
cc:   Clerk of the Court
      Steven M. Lester, Esquire