Paul A. Bradley
Partner
302.984.6333
Fax 302.984.6399
pbradley@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
302.984.6300
fax 302.984.6399
www.mccarter.com

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

FEB 27 2004

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 27 2004 ☆

3/30/04

LONG ISLAND OFFICE

February 26 2004

Honorable Thomas C. Platt
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

Re: Philip Messina, George Demtriou, individually and on behalf of all others similarly situated, and derivatively on behalf of American Society of Law Enforcement Trainers, Inc. v. Frank A. Hackett, Jr., et al. and American Society of Law Enforcement Trainers, Inc., Nominal Defendant
United States District Court, Eastern District of New York,
Civil Action No: CV-040170

Dear Judge Platt:

I filed a Motion for Pro Hac Vice Admission. My firm has a New York office and Thomas M. Smith, Bar ID#TMS-9962 will serve as my co-counsel for this case. The address of the New York office is McCarter & English LLP, 245 Park Avenue, 27th Floor, New York, New York 10167.

I appreciate your consideration of my Pro Hac Vice Admission.

Respectfully submitted,

*Paul A. Bradley* (IILG)

Paul A. Bradley
PAB:mrc

cc: Steven M. Lester, Esquire
    Clerk of Court

18

WLI: 88514.01