UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 04 2004

LONG ISLAND OFFICE

3/30/04

| | |
|---|---|
| PHILIP MESSINA, ) | |
| GEORGE DEMTRIOU, individually and on ) | |
| behalf of all others similarly situated, and ) | Civil Action No: CV-040170 |
| derivatively on behalf of ) | |
| AMERICAN SOCIETY OF LAW ) | |
| ENFORCEMENT TRAINERS, INC., ) | |
| Plaintiffs, ) | |
| ) | ADMISSION TO PRACTICE |
| v. ) | PRO HAC VICE |
| ) | |
| FRANK A. HACKETT, JR., ) | |
| ANDREW CASAVANT, ) | |
| GREG MEYER, ) | |
| GARY T. KLUGIEWICZ, ) | |
| TIMOTHY DEES, ) | |
| LISA KONRATH, ) | |
| MARY GIFFORD, ) | |
| DAVID SMITH, ) | |
| DAVID GROSSI, ) | |
| JULIE LINKINS, ) | |
| WILLIAM WESTFALL, ) | |
| DANIEL WATSON, ) | |
| GLENN YOUNG, ) | |
| JOHN DOES 1-10, ) | |
| Defendants, ) | |
| ) | |
| And AMERICAN SOCIETY OF LAW ) | |
| ENFORCEMENT TRAINERS, INC., ) | |
| Nominal Defendant. ) | |

01 · 344

2005 MAY 31 AM 11:56
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Motion for Admission to Practice pro hac vice in the above-captioned matter is granted.

The admitted attorney, A. Richard Winchester, is permitted to argue or try this particular case in whole or in part as counsel or advocate with Thomas M. Smith, Esq. #TMS-9962 to as Co-Counsel

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

19

WL1: 87400.01

This Order confirms your appearance as counsel in this case, and it will be entered on the Court' Docket. A notation of your admission pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: *Mar 9 2004*                              _____
                                                 United States District Judge

cc:   A. Richard Winchester, Esquire
      Court File


NOTE:  This order is to be mailed
       by movant to all ~~counsel and~~
       ~~pro se litigant~~ immediately
       upon receipt.

A082 SWEDA
(Rev. 3/02)

**ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK
at _____CENTRAL ISLIP_____**

011962

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

```
                        11962*#
000102D       CT PURPOSE FD
                  20    25.00
6855XX          50.00
                  ##
TOTAL         50.00
CHECK         25.00
              4335*#
CHECK         25.00
              4336*#
CHANGE         0.00
              2 ITM-CT
02/04/04  REG#01  164621A001 12:14
```

**CASE REFERENCE:** 04 CV 170 (TCP)

**RECEIVED FROM**
McCarter & English
919 N. Market St.
Wilmington, DE
19899

**DEPUTY CLERK** LA

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

☆U.S. G.P.O.: 2003-511-257   "2- Pro Hac Vice"