FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 24 2004 ★
3/30/04
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MESSINA, GEORGE DEMTRIOU, individually and on behalf of all others similarly situated, and derivatively on behalf of AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC., Plaintiffs, | Civil Action No: CV-040170 (TCP) |
| v. | ADMISSION TO PRACTICE PRO HAC VICE |
| FRANK A. HACKETT, JR., ANDREW CASAVANT, GREG MEYER, GARY T. KLUGIEWICZ, TIMOTHY DEES, LISA KONRATH, MARY GIFFORD, DAVID SMITH, DAVID GROSSI, JULIE LINKINS, WILLIAM WESTFALL, DANIEL WATSON, GLENN YOUNG, JOHN DOES 1-10, Defendants, | |
| And AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC., Nominal Defendant. | |

The Motion for Admission to Practice pro hac vice in the above-captioned matter is granted.

The admitted attorney, Paul A. Bradley, is permitted to argue or try this particular case in whole or in part as counsel or advocate with *Thomas W. Smith Esq TMS-7962* as Co-Counsel.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

20

WL1: 87400.01

This Order confirms your appearance as counsel in this case, and it will be entered on the Court' Docket. A notation of your admission pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: March 24, 2004

_____
United States District Judge

cc:    Paul A. Bradley, Esquire
       Court File