*pf*

## AFFIDAVIT OF RETURN OF SERVICE

| | |
|---|---|
| STATE OF MISSOURI ) | PHILIP MESSINA, ETAL v.<br>FRANK A. HACKETT, JR., ETAL<br>United States District Court<br>Eastern District of New York<br>Case No. CV-04 0170 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 22 2004 ★
4/6/04
LONG ISLAND OFFICE
04CV170

John J. Roth, of Markell & Associates, Inc., of Markell & Associates, Inc., being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a disinterested party to this action, and that he served a copy of the attached Summons and Complaint, by personal service on GLENN YOUNG, at 9080 Lemona, St. Louis, Missouri 63123 on January 27, 2004, 5:24 p.m., and mailing same by first class mail.

MARKELL & ASSOCIATES, INC.

_____
John J. Roth

2005 MAY 31 AM 11:57
FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

Subscribed and sworn to before me, a Notary Public, this 28th day of January, 2004.

_____
Notary Public

DONNA LEE SMITH
St. Louis County
My Commission Expires
December 5, 2006

21

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

EASTERN _____ DISTRICT OF __NEW YORK__

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of
all others similarly situated,
and derivatively on behalf of
AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.,

           v.   Plaintiffs,

FRANK A. HACKETT, JR.,
ANDREW CASAVANT, et al.

           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CV-04 0170**

PLATT, J.

LINDSAY, M.

TO: (Name and address of defendant)

Glenn Young, Missouri
NGA
3200 S. 2nd St.
St. Louis, MO 63118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF STEVEN M. LESTER,
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

JAN 16 2004

CLERK                                                                     DATE

_/s/ Carme_
(BY) DEPUTY CLERK