

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR: CMI
F#: 2004V00300

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

March 23, 2004

BY ECF & INTER-OFFICE MAIL
Honorable Thomas C. Platt
United States District Judge
United States District Court
Eastern District of New York
1044 Federal Plaza
Central Islip, New York 11722

Re:   Messina et. al. v. Hackett, Jr. et. al.
      Civil Action No. CV 04-170 (Platt, J.) (Lindsay, M.J.)

Dear Judge Platt:

The undersigned writes on behalf of defendants Glenn Young and Julie Linkins to respectfully request that their time to answer, move or otherwise respond to the complaint in the above-referenced action be extended to June 2, 2004.[1] The within request seeks a sixty-day extension of time from Ms. Linkins' time to respond to the complaint. This is Mr. Young's and Ms. Linkins' first request for an extension. Plaintiff's counsel, Steven Lester, Esq., consents to the within request.

Mr. Young is currently employed by the National Geospatial-Intelligence Agency ("NGIA") and Ms. Linkins is employed by the Federal Bureau of Investigation ("FBI"). As an initial matter, the Department of Justice is awaiting written consent for representation from Mr. Young and it is currently looking into the possible representation of Ms. Linkins.

---

[1] Mr. Young's time to respond to the complaint is currently March 29, 2004. Ms. Linkins' time to respond to the complaint is currently April 2, 2004. Further, the submission of the within letter does not waive any claims or defenses on behalf of Mr. Young or Ms. Linkins, including lack of personal jurisdiction.

Further, once representation issues have been decided, this office will require time to review this case after the NGIA and the FBI fully investigate the allegations of the complaint. Upon receipt of documents and information from NGIA and the FBI relevant to this matter, defendants will then be able to adequately respond to the complaint.

Consequently, Mr. Young and Ms. Linkins respectfully request that their time to answer, move or otherwise respond to the complaint be extended to June 2, 2004.

*03/05/04*
*Request Granted*
*/s/ C. Cam*
*USDJ*

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
Catherine M. Mirabile (CM 1290)
Assistant United States Attorney
(718) 254-6055

cc: Magistrate Judge Arlene R. Lindsay (by ECF & inter-office mail)
Long Island Courthouse

Steven M. Lester (by ECF & regular mail)
Law Offices of Steven M. Lester
325 Merrick Avenue
East Meadow, New York 11554
(516) 357-0056

*/s/ M. Lester*

**NOTE:** This order is to be mailed by movant to ~~all counsel and pro se litigant~~ immediately upon receipt.

2