UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PHILIP MESSINA, GEORGE DEMTRIOU,        Docket No. CV-04-0170 (TCP)
individually and on behalf of all others similarly
situated, and derivatively on behalf of
AMERICAN SOCIETY OF LAW ENFORCEMENT    **AFFIDAVIT OF**
TRAINERS, INC.,        **SERVICE BY FEDEX**

         Plaintiffs,

-against-

FRANK A. HACKETT, JR., ANDREW CASAVANT,
GREG MEYER, et al.,

         Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK  )
                               ) ss.:
COUNTY OF NASSAU  )

       JANINE LEMKAN, being duly sworn, deposes and says:

       1.     I am over the age of eighteen years, am not a party to this action, and reside in Greenlawn, New York.

       2.     On April 8, 2004 at approximately 5:00 P.m., at 325 Merrick Avenue, East Meadow, New York 11554, I served a true and correct copy of the Order to Show Cause for Preliminary Injunction, Declaration of Philip Messina, Declaration of Elizabeth A. Kennedy, Declaration of Fabrice Czarnecki, Declaration of Ed Mandelbaum, Declaration of Lawrence N. Nadeau and Memorandum of Law in Support of Order to Show Cause for Preliminary Injunction upon Paul A. Bradley, Esq at McCarter English, LLP, 919 N. Market Street, Suite 1800, P.O. Box 111, Wilmington, Delaware 19899 and Catherine M. Mirabile, Esq., Assistant United States Attorney, 147 Pierrepont Street, Brooklyn, New York 11201 by delivering a true copy of the



same enclosed in a properly addressed envelope, with an official representative of Federal Express in East Meadow, New York.

_____
JANINE LEMKAN

Sworn to before me this
8th day of April, 2004.

_____
Notary Public

STEVEN M. LESTER
Notary Public, State of New York
No. 4960963
Qualified in Nassau County
Commisson Expires January 8, 20 06