



McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
302.984.6300
fax 302.984.6399
www.mccarter.com

Paul A. Bradley
Partner
302.984.6333
Fax 302.984.6399
pbradley@mccarter.com

# McCARTER & ENGLISH
ATTORNEYS AT LAW

April 14, 2004

05-344

VIA FACSIMILE

The Honorable Thomas C. Platt
Long Island Courthouse
1044 Federal Plaza
Central Islip, NY 11722
Telephone: 631-712-5600
Facsimile: 631-712-5606

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 14 2004 ★
4/29/04
LONG ISLAND OFFICE

Re: Philip Messina, George Demtriou, individually and on behalf of all others similarly situated, and derivatively on behalf of American Society of Law Enforcement Trainers, Inc. v. Frank A. Hackett, Jr., et al. and American Society of Law Enforcement Trainers, Inc., Nominal Defendant
United States District Court, Eastern District of New York,
Civil Action No: CV-040170

Dear Judge Platt:

The parties in the above-referenced case have agreed to adjourn the hearing on the Order to Show Cause for Preliminary Injunction, originally scheduled for April 16, 2004, at 10:30 a.m. until May 14, 2004, at 10:30 a.m. This is the first request before this Court for an adjournment in this case.

Should you have any questions, please contact me as soon as possible.

Respectfully submitted,

Paul A. Bradley

Cc:
Steven M. Lester, Esq.
Catherine Mirabile, Esq.
Thomas Smith, Esq.

WL1: 87634.01