FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 27 2004 ★

5/12/04

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILIP MESSINA, )
GEORGE DEMTRIOU, individually and on )
behalf of all others similarly situated, and ) Civil Action No: CV-040170 —TCP
derivatively on behalf of )
AMERICAN SOCIETY OF LAW ) 05-344
ENFORCEMENT TRAINERS, INC., )
Plaintiffs, )
) NOTICE OF MOTION TO
v. ) ADMIT COUNSEL
) PRO HAC VICE
FRANK A. HACKETT, JR., )
ANDREW CASAVANT, )
GREG MEYER, )
GARY T. KLUGIEWICZ, )
TIMOTHY DEES, )
LISA KONRATH, )
MARY GIFFORD, )
DAVID SMITH, )
DAVID GROSSI, )
JULIE LINKINS, )
WILLIAM WESTFALL, )
DANIEL WATSON, )
GLENN YOUNG, )
JOHN DOES 1-10, )
    Defendants, )
)
And AMERICAN SOCIETY OF LAW )
ENFORCEMENT TRAINERS, INC., )
Nominal Defendant. )

To:   Steven M. Lester, Esquire
      Law Offices of Steven M. Lester
      325 Merrick Avenue
      East Meadow, New York 11554
      Telephone: 516.357.0056

PLEASE TAKE NOTICE that upon the annexed affidavit of James J. Freebery, IV, in support of

this motion and the Certificate of Good Standing annexed thereto we will move this Court before

27

the Honorable Thomas C. Platt at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of James J. Freebery, IV, an associate of the firm of McCarter & English, and a member in good standing of the Bar of the State of Delaware, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending discovery disciplinary proceedings against me in any State or Federal Court.

                                                Respectfully submitted,

                                                James J. Freebery, IV, DE Bar #3498
                                                McCarter & English LLP
                                                919 North Market Street
                                                Suite #1800
                                                Wilmington, DE 19899
                                                Telephone: 302.984.6300

A082 SWEDA
(Rev. 3/02)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**

for the
**EASTERN DISTRICT OF NEW YORK**
at _____CENTRAL ISLIP_____

012787

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

```
                    12787*#
000102D      CT PURPOSE FD
             6855XX       25.00
                    04CV170##
             TOTAL       25.00
             CHECK       25.00
                    4397*#
             CHANGE       0.00
                    1 ITM-CT
04/27/04 REG#01 166059A001 15:12
```

**CASE REFERENCE:** 04CV170

**RECEIVED FROM**
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

**DEPUTY CLERK** [signature]

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

☆U.S. G.P.O.: 2003-511-257