FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  APR 27 2004  ★

5/12/04

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILIP MESSINA, )
GEORGE DEMTRIOU, individually and on )
behalf of all others similarly situated, and ) Civil Action No: CV-040170
derivatively on behalf of )
AMERICAN SOCIETY OF LAW )
ENFORCEMENT TRAINERS, INC., )
Plaintiffs, )
) AFFIDAVIT OF
v. ) JAMES J. FREEBERY, IV, IN
) SUPPORT OF MOTION TO
FRANK A. HACKETT, JR., ) ADMIT COUNSEL
ANDREW CASAVANT, ) PRO HAC VICE
GREG MEYER, )
GARY T. KLUGIEWICZ, )
TIMOTHY DEES, )
LISA KONRATH, )
MARY GIFFORD, )
DAVID SMITH, )
DAVID GROSSI, )
JULIE LINKINS, )
WILLIAM WESTFALL, )
DANIEL WATSON, )
GLENN YOUNG, )
JOHN DOES 1-10, )
Defendants, )
)
And AMERICAN SOCIETY OF LAW )
ENFORCEMENT TRAINERS, INC., )
Nominal Defendant. )

State of Delaware   :
                    :ss
New Castle County   :

James J. Freebery, IV, being duly sworn, hereby deposes and says as follows:

1.   I am an associate with the law firm of McCarter & English, LLP.

2.   I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

28

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Delaware.

4. There are no pending disciplinary proceedings against me in any State or Federal court,

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

                James J. Freebery, IV, DE Bar #3498
                McCarter & English LLP
                919 North Market Street
                Suite #1800
                Wilmington, DE 19899
                Telephone: 302.984.6300

Dated: 4/20/04

STATE OF DELAWARE:      :
                                  : SS
NEW CASTLE COUNTY:    :

Sworn to and Subscribed before me this 20th day of April, 2004.

                Notary Public

WL1: 90749.01

FRANCINE BOCCUTI
Notary Public
State of Delaware
My Commission Expires April 15, 2006

SUPREME COURT OF THE STATE OF DELAWARE

CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **James Joseph Freebery, IV** was admitted to practice as an attorney in the Courts of this State on December 12, 1996, and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 21st day April 2004.



Cathy L. Howard
Clerk of the Supreme Court