UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 29 2004 ★
5/12/04
LONG ISLAND OFFICE

| | |
|---|---|
| PHILIP MESSINA,<br>GEORGE DEMTRIOU, individually and on behalf of all others similarly situated, and derivatively on behalf of<br>AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.,<br>Plaintiffs,<br><br>v.<br><br>FRANK A. HACKETT, JR.,<br>ANDREW CASAVANT,<br>GREG MEYER,<br>GARY T. KLUGIEWICZ,<br>TIMOTHY DEES,<br>LISA KONRATH,<br>MARY GIFFORD,<br>DAVID SMITH,<br>DAVID GROSSI,<br>JULIE LINKINS,<br>WILLIAM WESTFALL,<br>DANIEL WATSON,<br>GLENN YOUNG,<br>JOHN DOES 1-10,<br>    Defendants,<br><br>And AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.,<br>Nominal Defendant. | Civil Action No: CV-040170<br><br>ADMISSION TO PRACTICE<br>PRO HAC VICE |

The Motion for Admission to Practice pro hac vice in the above-captioned matter is granted.

The admitted attorney, James J. Freebery, IV, is permitted to argue or try this particular case in whole or in part as counsel or advocate with Thomas M. Smith, Esquire #TMS-9962 as co-counsel.



An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court' Docket. A notation of your admission pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: 04/29/04

United States District Judge

cc: James J. Freebery, IV, Esquire
    Court File

NOTE: This order is to be mailed by movant to all counsel and pro-se-litigant immediately upon receipt.