

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
302.984.6300
fax 302.984.6399
www.mccarter.com

# McCARTER ENGLISH
ATTORNEYS AT LAW

Paul A. Bradley

Partner
302.984.6333
Fax 302.984.6399
pbradley@mccarter.com

May 10, 2004

**VIA FIRST CLASS MAIL**

The Honorable Thomas C. Platt
Long Island Courthouse
1044 Federal Plaza
Central Islip, NY 11722
Telephone: 631-712-5600
Facsimile: 631-712-5606

Re: Philip Messina, George Demetriou, individually and on behalf of all others similarly situated, and derivatively on behalf of American Society of Law Enforcement Trainers, Inc. v. Frank A. Hackett, Jr., et al. and American Society of Law Enforcement Trainers, Inc., Nominal Defendant
United States District Court, Eastern District of New York
Civil Action No: CV-040170

Dear Judge Platt:

This letter confirms that briefing on the Motion to Dismiss ("Motion") is complete, and the parties have scheduled a hearing on the Motion for July 23, 2004 at 10:30 a.m. All of the briefs on the Motion will be officially filed with the Court on July 13, 2004, pursuant to the Court's rules.

Respectfully,

Paul A. Bradley

Cc: Steven M. Lester, Esq.
Catherine Mirabile, Esq.
Thomas M. Smith, Esq.

WLI-91324.01