*United States District Court*
Eastern District of New York
Central Islip, NY 11722

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N Y

★ MAY 14 2004 ★

LONG ISLAND OFFICE

Before Thomas C. Platt, Senior U.S.D.J.
Courtroom 1040

## CIVIL INJUNCTION

May 14, 2004   At: 9:30 A.M.

Case Number: **CV-04-170**
Case Caption: MESSINA -v- HACKETT

### APPEARANCES:

For Plaintiff: Steve Lesster

For Defendant: Katherine Mirable
Jim Freebury

☒ Case called.
☒ Counsel for all sides present.
☒ Defendant's object to hearing, do not believe there is irreparable harm. Parties to send in more papers for the Court to determine whether a hearing is needed.

31

½ hr