UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of all others similarly
situated, and derivatively on behalf of the
AMERICAN SOCIETY OF LAW ENFORCEMENT
TRAINERS, INC.,

                Plaintiffs,

        v.

FRANK HACKETT, JR.,
ANDREW CASAVANT,
GREG MEYER,
GARY T. KLUGIEWICZ,
TIMOTHY DEES,
LISA KONRATH,
MARY GIFFORD,
DAVID SMITH,
DAVID GROSSI,
JULIE LINKINS,
WILLIAM WESTFALL,
DANIEL WATSON,
GLENN YOUNG,
JOHN DOES 1-10

                Defendants,

and AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.

                Nominal Defendant.

---------------------------------x

DECLARATION OF
GLENN YOUNG

Civil Action No.
CV 04-170

(Platt, J.)
(Lindsay, M.J.)

5-344


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 1 1 2004 ★
BROOKLYN OFFICE
6/7/04

FILED
2005 MAY 31 AM 11:58
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    GLENN YOUNG, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

    1.    I am employed by the National Geospatial-Intelligence Agency ("NGA") in St. Louis, Missouri. I have been employed by NGA and its predecessor organizations,

34

the National Imagery & Mapping Agency ("NIMA") and the Defense Mapping Agency ("DMA"), since approximately 1996. My current position is NGA Chief of Law Enforcement and Security Training.

2.   I have been a member of the American Society of Law Enforcement Trainers, Inc. ("ASLET") for the past four years.

3.   I am not a member of the ASLET Board of Directors nor have I ever held any formal management position at ASLET.

4.   NGA sponsored and funded my participation in ASLET and various training conferences.

5.   At no time, after being served with the underlying complaint, did I ever speak with Philip Messina, Elizabeth Kennedy, Dr. Fabrice Czarnecki, Ed Mandelbaum, Lawrence Nadeau, Kathy Wright or Robert Bragg regarding plaintiff Messina or plaintiffs' complaint.

6.   At no time did I threaten plaintiffs, plaintiffs' business, any witness, or any witnesses' business.

Dated: St. Louis, Missouri
       May 12, 2004

*[signature]*
GLENN YOUNG
Chief of Law Enforcement and Security Training
National Geospatial-Intelligence Agency

Civil Action    No. CV-04-170

UNITED STATES DISTRICT COURT
Eastern District of New York

PHILIP MESSINA, GEORGE DEMTRTIOU, individually and on behalf of all others similarly situated, and derivatively on behalf of the AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.,

Plaintiff.

- against -

FRANK HACKETT, JR., ANDREW CASAVANT, GREG MEYER, GARY T. KLUGIEWICZ, TIMOTHY DEES, LISA KONRATH, MARY GIFFORD, DAVID SMITH, DAVID GROSSI, JULIE LINKINS, WILLIAM WESTFALL, DANIEL WATSON, GLENN YOUNG, JOHN DOES 1-10

Defendant.

and AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.

Nominal Defendant.

**DECLARATION OF GLEN YOUNG**

ROSLYNN MAUSKOPF
United States Attorney,
Attorney for United States
Office and Post Office Address,
One Pierrepont Plaza
Brooklyn, New York  11201

Due service of a copy of the within _____
_____ is hereby admitted.

Dated: _____, 19 _____

Attorney for _____
CATHERINE M. MIRABILE, AUSA

---

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the UNITED STATES DISTRICT COURT U.S. Courthouse, 225 Cadman Plaza East, EASTERN DISTRICT OF NEW YORK Brooklyn, New York, on the _____ day of _____, 19 _____, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York, _____, 19 _____

United States Attorney,
Attorney for _____

To:

_____
Attorney for _____

SIR:

PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the _____ day of _____, 19 _____, in the office of the Clerk of the Eastern District of New York.

Dated: Brooklyn, New York

United States Attorney,
Attorney for _____

To:

Attorney for _____