

SLR:CMI
USAO#: 2004V00300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHILIP MESSINA, GEORGE DEMTRIOU,
individually and on behalf of all others similarly
situated, and derivatively on behalf of the
AMERICAN SOCIETY OF LAW ENFORCEMENT
TRAINERS, INC.,

                              Plaintiffs,

           v.

FRANK HACKETT, JR.,
ANDREW CASAVANT,
GREG MEYER,
GARY T. KLUGIEWICZ,
TIMOTHY DEES,
LISA KONRATH,
MARY GIFFORD,
DAVID SMITH,
DAVID GROSSI,
JULIE LINKINS,
WILLIAM WESTFALL,
DANIEL WATSON,
GLENN YOUNG,
JOHN DOES 1-10

                       Defendants,

and AMERICAN SOCIETY OF LAW
ENFORCEMENT TRAINERS, INC.

                      Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF AUSA
CATHERINE M. MIRABILE
IN OPPOSITION
PLAINTIFFS' ORDER TO
SHOW CAUSE FOR A
<u>PRELIMINARY INJUNCTION</u>**

Civil Action No.
CV 04-170

(Platt, M.J.)
(Lindsay, M.J.)

      **CATHERINE M. MIRABILE,** declares pursuant to 28 U.S.C. § 1746, under penalty of

perjury, that the following is true and correct:

      1.     I am an Assistant United States Attorney, of counsel to Roslynn R. Mauskopf, United



States Attorney, Eastern District of New York, attorney for defendant Glenn Young. As such, I am familiar with the facts stated below and submit this declaration to place the relevant documents on the record in support of defendant Young's opposition to plaintiffs' Order to Show Cause for Preliminary Injunction.

2.    Plaintiffs commenced this action by filing a summons and complaint, dated January 15, 2004, in the United States District Court, Eastern District of New York.

3.    Plaintiffs brought an Order to Show Cause, dated April 8, 2004, seeking a preliminary injunction against defendants Young and Greg Meyer.

4.    All of plaintiffs' submissions in the within matter, including plaintiffs' complaint, plaintiffs' opposition to co-defendants' motion to dismiss, and the within Order to Show Cause and plaintiffs' supporting declarations, combined with commentary on ASLET and on each stage of litigation, have been posted to an internet website at asletupdates.com. A copy of said commentary with links to plaintiffs' documents is annexed hereto as Exhibit A.

Dated: Brooklyn, New York
    May 12, 2004

CATHERINE M. MIRABILE (CM 1290)
Assistant U.S. Attorney

2

TAB







# ASLETUPDATES.COM - For an Informed Membership

For informed ASLET members and those that wish
to preserve the security and integrity
of the Law Enforcement Community.

*Use the links below to access
information about ASLET that
may have been kept from you.*

--------------

### Update 5/10/04

Summary:  As Senate Hearings on the use of questionable educational credentials in government and industry convene Tuesday and Wednesday this week, some active and retired law enforcement officers with similar concerns are taking dramatic steps, including offering a $1000.00 reward, to uncover security risks in the law enforcement training community. <?xml:namespace prefix = o />

## PRESS RELEASE

For Immediate Release
Monday, May 10, 2004

Philip Messina, a nationally known police trainer and highly decorated retired New York City Police Sergeant, today announced a $1,000 reward for information related to a specific "PhD degree" from "La Salle University" of Mandeville, Louisiana, once described as "nothing more than a sophisticated diploma mill" in testimony provided by Deputy Assistant Attorney General Mary Lee Warren to the House Financial Services Committee on April 20, 1999.

Messina, an elected corporate director of American Society of Law Enforcement Trainers, Inc. ("ASLET"), a 501(c)(3) charity based in Frederick, Maryland, is offering to donate $1,000 to the favorite charity of the first party to provide a legally obtained, dated, "doctoral degree" that "Mr. Frank A. Hackett, PhD" claimed to possess when he interviewed for the position of Executive Director of ASLET in 1999.  Hackett was subsequently chosen for the position, besting 74 other candidates.

With the Senate Governmental Affairs Committee hearings on "diploma mills" scheduled for Tuesday and Wednesday (May 11th and 12th), Messina emphasized that Senate and House leaders have been diligently working to investigate whether the use of "diploma mill" degrees are a danger to homeland security.

Senate Governmental Affairs Committee Chairman Susan Collins (R-ME) has stated that "postsecondary degrees are the keys to opening doors to the private sector job market and to federal agencies." House Government Reform Committee Chairman Tom Davis (R-VA) has stated that "public trust in government is a key pillar of our democracy. There is no place for diploma mill degree holders to work in our government, especially when we are talking about homeland security. " An investigation late last year, by a large Maryland county, resulted in the removal (on his first day of work) of the county's recently appointed Homeland Security director, after he presented a "La Salle PhD" as part of his resume submitted in support of his application for employment.

Although ASLET is incorporated as a Delaware "non-profit" corporation, federal agencies have provided government personnel and resources to teach at ASLET seminars, and federal agents have provided agency and personal funds to ASLET in the form of membership dues. In a January 15, 2004 memo to the Education Department, Senator Collins stated that "phony degrees devalue the legitimate credentials earned by millions of individuals through hard work, persistence and achievement. Such degrees also may pose security and other risks by helping unqualified individuals secure sensitive positions, and that's a risk we can't afford to take."

Messina and other career law enforcement officers and investigators working alongside him have identified specific security risks at ASLET that they believe endanger law enforcement officers and their agencies. The receipt of the information sought, Messina believes, may quickly aid in protecting law enforcement officers and agencies from unaffordable risks.

Media Contact: Elizabeth Kennedy

Phone 631-226-8383



## Update as of 5/5/04

As anticipated, the Delaware Chancery Court has dismissed "without prejudice" the three Delaware cases that were before it. This now allows us to either re-file these cases in Delaware at a later date or continue to pursue these actions in the Federal RICO Suit, which was filed on January 16, 2004. Naturally we would like to limit the amount of litigations we have going on at one time to conserve resources, but nonetheless it is very likely we will be filing a new records demand litigation in Delaware to recover the records that have been requested, but withheld from us since the initial demand of December 9, 2003.

These records include financial records, records pertaining to the alleged article VII Hearing Committee, records pertaining to the failed consent vote to remove Phil Messina as a Director, records pertaining to legal bills paid with membership money and records pertaining to Frank Hackett's "claimed" Doctorate degree.

If anyone has information related to this "alleged" degree or has information as to whether Frank Hackett has tried to use this "alleged" degree to gain employment elsewhere in the past few months please contact Phil Messina directly.

In the meantime, there will soon be a separate website set up to inform members of upcoming Senate Committee Hearings and related articles concerning the improper use of "dubious" academic credentials and there negative effect on the nation's economy, educational system, and national security.

We will also continue to push the ASLET Board to conduct a full financial fraud audit, by an independent auditor for fiscal years 2002, 2003, and 2004, as has been recommended by three separate professional auditors, who have reviewed the limited documents obtained as a result of the December 19, 2003 on site financial inspection.

> Merriam-Webster: a *whistleblower* is someone "who reveals wrongdoing within an organization to the public or to those in positions of authority."

## Update 5/02/04

After more than a year of requesting the following document, as a director of ASLET, and being turned down by Frank Hackett, his legal Counsel, and the ASLET Board, I have decided to make the following offer, in an attempt to conserve judicial and corporate resources:

## REWARD!

$1,000 will be donated to the favorite charity of the first person who provides a LEGALLY obtained copy of the (properly dated) Doctoral Degree that "Mr. Frank A. Hackett, Ph.D." claimed to possess when he interviewed for the position of Executive Director of The American Society of Law Enforcement Trainers (ASLET), and beat out 74 other candidates for the position.

Phil Messina
ASLET Board Member

---------------------

## Update 4/26/04



Message From Phil Messina:

My co-plaintiff and I have made a motion the Chancery Court to dismiss one of the Delaware Cases (C.A. 2247-S), due to the fact that the board has already conceded one of the points of relief (the improper and unlawful creation of the "Executive Committee"), the election issues have become "moot", because every candidate I've been able to contact who would have benefited from the desired judgment has stated they have no desire to be on the ASLET Board any longer, (I guess it's a little like sitting at the Captain's Table on the Titanic), and the election tampering issues are currently in front of the federal court as one of the many alleged acts of racketeering. Now that we have been forced to go to Federal Court, it is important that we try to reduce the number of fronts that we fight these legal battles on. <?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />

I (with permission of my co-plaintiffs) have submitted a proposal for a "global settlement" of all the pending cases, as well as partial settlements of any or all of the Delaware cases, in an effort to stave off the association's eventual bankruptcy if gross revenues continue to decline, and expenses continue to increase (as is now the case). There has been no answer to my proposals.

--------------------

Update 4/24/04

Message from Phil Messina:

Below is some of the financial information I've obtained.

I will compare the numbers between fiscal year 1999 (the year BEFORE Frank Hackett became Executive Director) to those of fiscal year 2004 (which ended on March 31, 2004).

Be advised that these are THEIR numbers, and that three professional auditors that I have provided with the limited financial documents provided to me so far have ALL strongly recommended that a full and comprehensive fraud audit, by an independent auditor be performed as soon as possible.

The ASLET Board has repeatedly ignored my demands for such an independent audit.

Information follows:

1. Total Seminar Income:
FY1999 = $323,752
FY2004 = $307,990.
Note: Although Hackett told members at the St. Louis Seminar that it was the "most successful seminar ever", it was the second lowest in terms of total income. The only seminar which yielded LOWER income was Anchorage Alaska in FY2002.

2. Total Dues Income:
FY1999 = $279,233
FY2004 = $263,210.

3. Total Corporate Memberships:
FY1999 = $65,330
FY2004 = $69,600

4. Total Income:
FY1999 = $839,912

FY2004 = $897,380

5. Total Payroll Expenses for Office Personnel:
FY1999 = $203,716
FY2004 = $283,764
Note: The ASLET Office had four full time employees in FY1999, and had
only three in FY2004. This figure does not include outside contracted
services, which are not listed for FY1999 and listed as an additional $108,679
for FY2004.

6. Total Expenses:
FY1999 = $724,569
FY2004 = $1,070,106.

7. Total Net Revenues:
FY1999 = plus $115,343
FY2004 = minus $172,736.
Note: Net Revenues have steadily decreased since FY1999 and decreased
by almost 50% the first full year after Hackett took over.

8. Total Assets since the Creation of ASLET (1987):
FY1999 = $302,278
FY2004 = $245,046
Note: This includes the Endowment Funds and all the interest collected over
the years.

9. Total Dollars given for charitable causes, scholarships or membership
honorariums:
FY1999 = $12,000
FY2004 = $0

10. Nuff Said.

-------------------------------

<u>Update 4/10/04</u>

Check out these links:

1)  After threats and attempts at intimidating both witnesses and Plaintiffs by
Defendants Greg Meyer and Glenn Young, Phil Messina was forced to go
back to the Federal Judge in the Racketeering case. Here are the
declarations (statements) regarding the threats and intimidation:
<u>Declarations</u>

2)  When the Judge found out what was happening, he signed this <u>Order to
Show Cause</u>.  This means that the Defendants will have to show themselves
in front of the Federal Judge and explain themselves.

3)  An independent auditor has found extensive discrepancies in the
accounting processes, and has asked for financial documents and receipts,
including Frank Hackett's and other employee expense reports and much
more.  ONCE AGAIN, these documents have been unlawfully denied to
Board Member Phil Messina who is entitled to corporate books and records
under Delaware Law.  Why would they hide the documents and not give
Messina what he's asking for if they had nothing to hide?  Well here are the
five <u>requests of the Auditor</u> - note the progression, and what he is asking for.

------------------------------

<u>Update 4/04/04</u>

If you want to see what has been going on lately, read the Answering Brief  to
Defendants' motion to dismiss, and check out the affidavit and exhibits.  Very
damaging.

<u>AnsweringBrief.pdf</u>

<u>Messinaaffidavitandexhibits.pdf</u>

------------------------------

<u>Director Forced to File Federal Charges</u>

<u>Against Several ASLET Directors!</u>

•    ASLET <u>Quick Summary</u> of Events (in less than 100 words.)

•    Stamped complaint <u>cover</u> of the Federal Racketeering Case against the
majority of ASLET Directors (excluding Robert Bragg.)

•    Complete <u>RICO Complaint</u> (72 page document)  - On Friday, January
16, 2004, after over a full year of uncovering evidence of wrongdoing; and a
full year of obstruction, and the majority of the Board's refusal to look into the
evidence Messina found; and when the constant retaliation against Messina
finally extended to his family, friends, and business associates, a Complaint
charging violations of the Racketeer Influenced Corrupt Organizations Act
("RICO") was filed against several directors of ASLET in the United States
District Court for the Eastern District of New York.

The Complaint, which seeks Class Action status, seeks the reimbursement of
an estimated $1,000,000 obtained through fraudulent misrepresentations
made to ASLET members and past members, and also seeks to recover,



derivatively on behalf of the corporation itself, an additional $500,000 paid in salary to, and advanced to, ASLET Executive Director Frank Hackett. The Complaint also seeks additional relief from the Court, including Injunctions permanently barring the defendants from participating in the conduct of ASLET's business, or the business of any successor entity.

Messina, who was previously honored by the National Institute of Ethics for his role in uncovering previous financial wrongdoing in the conduct of ASLET's business, brought the action on behalf of the membership and the corporation, along with highly respected police trainer and author George Demetriou, a seventeen year police veteran.

- Financial fraud update:

Phil Messina suspected wrongdoing - he asked to see corporate financial records. They stalled, delayed, kicked him off the Board (illegally) twice, and have tried every way to keep Messina from seeing the financials. Does that make you suspicious?

So Messina scheduled an office inspection of the books. Their lawyer told them they could no longer stall it. Of course many records they needed were missing from the office and were promised the following business day. (Three months later, we're still waiting - but that's business as usual for Hackett and his cronies.)

Interestingly, those records include (among other things) expense reports for Frank Hackett (ASLET's salaried Executive Director - basically the chief administrator).

Here's some of what transpired:

CPA post-audit letters 1 and 2; another auditor writes letter January 12th.

Actual net revenues (and unfortunate losses) 1999-2003 (not including the expenses that were hidden, unpaid and unrecorded, some of which Phil has since uncovered.)

- Retaliation - Isn't it interesting that the day after Phil conducts a financial inspection at Headquarters, they suspend his membership? Messina refuses to fold. So they then retaliate against two people close to Phil - his wife and Modern Warrior's Defensive Tactics Supervisor! Read here to find out about the suspension of membership of George Demetriou, respected ASLET member since 1988 and well known trainer and author; and Liz Kennedy, trainer, author and wife of Phil Messina.

-------------------------

Security Issues

IMPORTANT INFORMATION

For Law Enforcement and Law Enforcement Trainers

Recent records recovered after court action by ASLET Director, Phil Messina have revealed that security, screening and verification protocols have not been enforced at least since September 11, 2001.

(ASLET is the American Society of Law Enforcement Trainers, Inc. These security protocols are mandated in the organization's bylaws, and advertised by this "peer" association to protect the membership.)



Remember, just because someone has an ASLET membership card or is carrying a seminar bag that identifies them as being connected with law enforcement does not mean this person has been screened in any way to verify that they are in fact who they claimed to be on their application; or that they have been sponsored by an ASLET member, as stated on ASLET'S Membership Application Form.

Additionally, if you are an ASLET Member, and have shared ANY sensitive information with other members whom you do not know, in the belief that they were screened or sponsored as stated in ASLET Bylaws, publications or application forms, please try to contact those members and verify that they are who they claim to be.

If you cannot verify the identity of any ASLET Member that you may have given sensitive information to, please take the appropriate steps to insure the safety of yourself, your family, those you serve, and those you serve with.

"The only thing that prevents ASLET [The American Society for Law Enforcement Training] Seminar from becoming a very soft, high value target for terrorism is its higher value as an easily accessible training resource for would-be terrorists. And the true tragedy here is that these horrific, inexcusable and deliberate security breaches were created as part of an effort to hide the complete deterioration of ASLET's annual net revenues since Frank Hackett became its Executive Director. The ASLET Executive Board's absolute refusal to address these matters at this time in our nation's history is both inexcusable and reckless," states Phil Messina, ASLET Board Member.

"I take this irresponsible lack of security, screening and verification very seriously, because I frequently drive by one of the world's largest mass graves, where two great buildings that symbolized our freedom and democracy once stood. I hope you take it seriously as well and will take the necessary precautions. Please feel free to call for further information - 631-226-8383." - Phil Messina

---------------------

The ASLET non-Verification system defies logic, common sense and displays total disregard for the members, especially the conference attendees.

Infiltration is a Reality

The law enforcement community is well aware that gang members have infiltrated the military and some police departments. The military and law enforcement agencies perform a background check. It may not be extensive but it's Something.

Some in the law enforcement community may not be aware of the fact that one of bin Laden's former bodyguards was a member of the United States Army and actually taught Islamic Studies to some of our "high speed" soldiers. There was also a United States Postal Carrier who was supplying intel and the personal information of law enforcement officials to a convicted terrorist. Once again, the military and the Postal Service perform background checks.

ASLET currently DOES NOTHING to verify it's members, not even the members who have joined since The War on Terror began. This is inexcusable.

Luckily, the 2004 Seminar went off without incident. However, that doesn't mean that future events will be safe.




Make no mistake, bad people are watching those of us in the law enforcement community. Seriously bad people have just as much incentive to join a training organization, if not more, than any cop does. What holds them back is the chance of getting caught or at least found out about. Bad guys who want to join ASLET apparently don't have to concern themselves with getting caught or being found out about.

" I'm sick and tired of listening to excuses why it's not feasible to verify members, especially after the ASLET leadership was handed an outline to implement a Verification/Security system. Every member, especially conference attendees, must realize that members not personally known to them may not have been verified. You may not be speaking and interacting with a member who has represented himself honestly. TAKE THIS VERY SERIOUSLY, APPARENTLY THE ASLET BOARD AND EXECUTIVE DIRECTOR DO NOT." -GD

----------------------

### Frauds, Lies, and a Complete Lack of Ethics

Information below details some of the recent events in Messina's ongoing efforts to bring the wrongdoers to the light of day, and get the association back on track - in service to the members. After all, isn't that why the organization was founded in the first place?

The links represent some of ASLET's frauds, and unethical actions by Board Members and a paid employee, and lawsuit details. If you would like additional info, please call Liz at 631-226-8383.

*** Read here to find out what ASLET's Executive Director and Board are trying to do behind members' backs. This is where it actually affects members DIRECTLY. They are trying to take away member's right to vote and ratify Bylaws Changes. Now this is really the ONLY document in ASLET that provides for checks and balances that protect the membership. And they want to take it away from you!!

In November 2002, within days of Messina asking for records he was legally entitled to as a Director, Meyer and Klugiewicz (Board Members) and Hackett (paid employee) had their first meeting with an attorney to discuss "removal of a director." In June of 2003, the Board illegally suspended Phil as a Director and a member. However, they later recanted that suspension when their lawyer told them something that must have sounded like, "OOPS, we made a boo boo. Phil is right. He is still legally a Director."

November of 2003, the Board was finally able to put a plan in motion to remove Messina as a member.

(Which they want to use to remove him as a Director, because he keeps uncovering wrongdoing, and they need to get him out to protect their little fiefdom.) So the Board decided they were going to send out a letter to the members in order to get the membership to vote him out, and they were going to send it out to the membership "on or about December 1."

For Phil's response to the above charges click here.

After reading Phil's response, the Board realized they couldn't send it out because the truth was too damaging to THEMSELVES! So they needed another trick. They waited until after the fake impartial hearing, on Dec. 13, because then they could further poison the membership towards Phil, by telling them he'd already been removed as a member, and it was really just

up to them to finish what they'd started.

So Phil's membership was revoked by the Executive Board. The day after Phil went to the ASLET office and finally got his hands on EVIDENCE of FRAUD, Frankie Hackett was MAD, so he arranged it for them to quickly finalize the revocation of Phil's membership. But Hackett's lawyer told them they couldn't send out potentially injurious information about Phil to the membership without giving him the chance to respond.

So they gave Phil one business day and one page to respond to the 23 page "Hearing Committee Report". For Phil's response, click here.

After he responded, they sent out YET ANOTHER LETTER with a whole new set of allegations, and this time he was given NO OPPORTUNITY to respond.

However, this time they sent letters the entire membership, including several people whom Phil had recruited into ASLET - people who NEVER RECEIVED the first letter and ballot. INTERESTING COINCIDENCE!!!

Apparently they forgot they screened the first list for many of Phil's supporters or people he recruited.

- Facts and Lies

------------------------

more info here: www.mwarrior.com/AsletInTrouble.htm

Thank you for your concern and support in this matter.