Jul-21-04 10:27A Steven M. Lester, Esq.    516 357 0069    P.02

## LAW OFFICES OF
## STEVEN M. LESTER

325 MERRICK AVENUE
EAST MEADOW, NEW YORK 11554

TELEPHONE (516) 357-0056
FACSIMILE (516) 357-0069
E-MAIL SMLESTER@AOL.COM

STEVEN M. LESTER

JEAN M. SMYTH

July 21, 2004

**BY FACSIMILE**

Hon. Thomas C. Platt, U.S.D.J.
Attention: Karen O'Hara
Alfonse M. D'Amato U.S. Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   *Philip Messina, et al. v. Frank A. Hackett, Jr., et al.*, Docket No. CV-04-0170 (TCP), (U.S. Dist. Ct., E.D.N.Y.)

Dear Ms. O'Hara:

I confirm my office's conversation with you yesterday that the oral argument for the Motion to Dismiss the Complaint in the above matter has been adjourned from Friday, July 23, 2004 to Friday, November 5, 2004 at 10:30 a.m.

Thank you for your attention to this matter.

Respectfully submitted,

Steven M. Lester

SML:jl

cc:   Catherine M. Mirabile, Assistant United States Attorney (by facsimile)
      Johnna Darby, Esq. (by facsimile)