**United States District Court**
Eastern District of New York
Central Islip, NY 11722

Before Thomas C. Platt, Senior U.S.D.J.
Courtroom 1040

## CIVIL MOTION

November 5, 2004     At:  10:30 A.M.

Case Number:  **CV-04-170**
Case Caption:  MESSINA  -v- HACKETT

### APPEARANCES:

For Plaintiff:  Steve Lesster

For Defendant:

           Jim Freebury

☒     Case called.
☒     Counsel for all sides present.
☒     Motion argued by all sides.
☒     Decision reserved.

2005 MAY 31 PM 12: 07

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

A TRUE COPY
ATTEST

DATED ........................ 20 05
ROBERT C. HEINEMANN

BY ..................................... CLERK
                          DEPUTY CLERK

(Duration time: 20 min)