UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHILIP MESSINA, GEORGE DEMTRIOU, individually and on behalf of all others similarly situated, and derivatively on behalf of AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.,

                  Plaintiffs,

-against-

FRANK A. HACKETT, JR., ANDREW CASAVANT, GREG MEYER, et al.,

                  Defendants.

------------------------------------------------------------X

Docket No. CV-04-0170 (TCP)

NOTICE OF
CHANGE OF ADDRESS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 23 2004   ★

LONG ISLAND OFFICE

PLEASE TAKE NOTICE that the attorneys for Plaintiffs Philip Messina, George Demtriou, individually and on behalf of all others similarly situated, and derivatively on behalf of American Society of Law Enforcement Trainers, Inc., the Law Offices of Steven M. Lester, have moved to the following address:

                  Law Offices of
                  Steven M. Lester
                  300 Garden City Plaza, Suite 234
                  Garden City, New York 11530

A TRUE COPY
ATTEST
DATED 5/36 2005
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK



The firm's telephone number, (516) 357-0056, and facsimile number, (516) 357-0069, remain the same. Please update your file for this litigation.

Dated: Garden City, New York
       December 21, 2004

                              LAW OFFICES OF
                              STEVEN M. LESTER

                              By: _____
                              Steven M. Lester (SL 2921)
                              Attorneys for Plaintiffs
                              300 Garden City Plaza, Suite 234
                              Garden City, New York 11530
                              (516) 357-0056

TO:   McCARTER ENGLISH, LLP
       Attn.: Paul A. Bradley, Esq.
       919 N. Market StreeT, Suite 1800
       P.O. Box 111
       Wilmington, Delaware 19899

       CATHERINE M. MIRABILE, ESQ.
       Assistant United States Attorney
       147 Pierrepont Street
       Brooklyn, New York 11201

       CLERK OF THE COURT
       United States District Court
       Eastern District of New York
       610 Federal Plaza
       Central Islip, New York 11722

## AFFIRMATION OF SERVICE BY MAIL

**STEVEN M. LESTER**, an attorney admitted to practice in the Courts of the State of New York, affirms under penalty of perjury that on December 21, 2004, I served a true and correct copy of the annexed **NOTICE OF CHANGE OF ADDRESS** upon the following parties at their following address designated by them, by depositing a true copy of the same enclosed in a postpaid properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

| NAME AND PARTY | ADDRESS |
| --- | --- |
| McCARTER ENGLISH, LLP<br>Attn.: Paul A. Bradley, Esq. | 919 N. Market Street<br>Suite 1800, P.O. Box 111<br>Wilmington, Delaware 19899 |
| CATHERINE M. MIRABILE, ESQ.<br>Assistant United States Attorney | 147 Pierrepont Street<br>Brooklyn, New York 11201 |
| CLERK OF THE COURT<br>United States District Court<br>Eastern District of New York | 610 Federal Plaza<br>Central Islip, New York 11722 |

Dated: East Meadow, New York
   December 21, 2004

STEVEN M. LESTER