UNITED STATES DISTRICT COURT
100 Federal Courthouse Plaza
Central Islip, New York 11722
(631) 712-6000

May 25, 2005

Honorable
Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Building
Lockbox 8
844 North King Street
Wilmington, DE 19801-3570

Our Case #04CV0170
RE: Messina -v- Hackett (TCP)

Sir/Madam,

Please find enclosed record being transferred pursuant to U.S.C. 28, Sec. 1407. This record includes documents numbered 1 through 48 and a certified copy of the docket entries and a certified copy of the order transferring this action.

Please acknowledge receipt of these papers at the foot of the enclosed copy of this letter. Also for your convenience please find a self-addressed envelope.

Respectfully yours,
ROBERT C.. HEINEMANN
Clerk of Court

BY: _____
Deputy Clerk

Enc./smb
The papers described were received on _____ your case # _____
Judge _____, Deputy Clerk _____