IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHILIP MESSINA, GEORGE :
DEMTRIOU, individually and on :
behalf of all other similarly :
situated, and derivatively on :
behalf of AMERICAN SOCIETY OF :
LAW ENFORCEMENT TRAINERS, INC., :
 :
    Plaintiffs, :
 :
v. : Civil Action No. 05-344-JJF
 :
FRANK A. HACKET, JR., ANDREW :
CASAVANT, GREG MEYER, GARY T. :
KLUGIEWICZ, TIMOTHY DEES, LISA :
KONRATH, MARY GIFFORD, DAVID :
SMITH, DAVID GROSSI, JULIE :
LINKINS, WILLIAM WESTFALL, :
DANIEL WATSON, GLENN YOUNG, :
JOHN DOES 1-10, :
 :
    Defendants. :

### O R D E R

    WHEREAS, this case was transferred from the United States District Court for the Eastern District of New York;

    WHEREAS, a Preliminary Injunction To Restrain and Enjoin the Defendants From Harassing and Intimidating Witnesses was adjourned by the New York District Court and remains unresolved;

    NOW THEREFORE, IT IS HEREBY ORDERED that a Status/Scheduling Conference will be held on **Wednesday, July 13, 2005 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

July 7, 2005
DATE

                                            UNITED STATES DISTRICT JUDGE