IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MESSINA, GEORGE DEMTRIOU, individually and on behalf of all other similarly situated, and derivatively on behalf of AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> FRANK A. HACKET, JR., ANDREW CASAVANT, GREG MEYER, GARY T. KLUGIEWICZ, TIMOTHY DEES, LISA KONRATH, MARY GIFFORD, DAVID SMITH, DAVID GROSSI, JULIE LINKINS, WILLIAM WESTFALL, DANIEL WATSON, GLENN YOUNG, JOHN DOES 1-10, <br><br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-344-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## O R D E R

WHEREAS, a Status/Scheduling Conference was set for July 13, 2005 in the above-captioned matter;

WHEREAS, due to a clerical error, the Plaintiffs were not notified of the July 13 conference;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Status/Scheduling Conference will be held on **Friday, July 22, 2005 at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2) Counsel for Plaintiffs may appear for the conference, with or without local counsel.

July 14, 2005
DATE

UNITED STATES DISTRICT JUDGE