

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MESSINA,<br>GEORGE DEMTRIOU, individually and on behalf of all others similarly situated, and derivatively on behalf of<br>AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.,<br>Plaintiffs,<br><br>v.<br><br>FRANK A. HACKETT, JR.,<br>ANDREW CASAVANT,<br>GREG MEYER,<br>GARY T. KLUGIEWICZ,<br>TIMOTHY DEES,<br>LISA KONRATH,<br>MARY GIFFORD,<br>DAVID SMITH,<br>DAVID GROSSI,<br>JULIE LINKINS,<br>WILLIAM WESTFALL,<br>DANIEL WATSON,<br>GLENN YOUNG,<br>JOHN DOES 1-10,<br>Defendants,<br><br>And AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.,<br>Nominal Defendant. | Civil Action No: CV-040170 (TCP)<br><br>05-344<br><br>NOTICE OF MOTION |

SIRS:

PLEASE TAKE NOTICE that, upon the attached affidavit or affirmation of Paul A. Bradley, counsel for Defendants Frank A. Hackett Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz, Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi, Julie Linkins, William Westfall, Daniel Watson, and American Society Of Law Enforcement Trainers (nominal defendant) (collectively "Moving Defendants"), sworn to or affirmed on February 20,

37

WL1: 87420.01

2004, Moving Defendants, by and through counsel, will move this Court, the Honorable Thomas C. Platt, U.S.D.J., in a room and time to be determined when briefing is completed, pursuant to Practice 2(C) and 2(D) of Judge Platt's Individual Practices, for an order pursuant to Rules 12(b)(2), 12(b)(3), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure, and any other appropriate grounds, **granting dismissal of the plaintiffs' complaint**.

Dated: February 20, 2004

McCARTER & ENGLISH, LLP

BY: _____
PAUL A. BRADLEY
A. RICHARD WINCHESTER
919 Market Street, 18th Floor
P.O. Box 111
Wilmington, DE 19899
Attorneys for Defendants Frank A. Hackett Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz, Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi, Julie Linkins, William Westfall, Daniel Watson, and American Society Of Law Enforcement Trainers (nominal defendant)

To:   Steven M. Lester
      325 Merrick Avenue
      East Meadow, NY 11554
      (516) 357-0056
      Attorneys for Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/20/04 .

_____
PAUL A. BRADLEY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MESSINA,<br>GEORGE DEMTRIOU, individually and on<br>behalf of all others similarly situated, and<br>derivatively on behalf of<br>AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.,<br>Plaintiffs,<br><br>v.<br><br>FRANK A. HACKETT, JR.,<br>ANDREW CASAVANT,<br>GREG MEYER,<br>GARY T. KLUGIEWICZ,<br>TIMOTHY DEES,<br>LISA KONRATH,<br>MARY GIFFORD,<br>DAVID SMITH,<br>DAVID GROSSI,<br>JULIE LINKINS,<br>WILLIAM WESTFALL,<br>DANIEL WATSON,<br>GLENN YOUNG,<br>JOHN DOES 1-10,<br>    Defendants,<br><br>And AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.,<br>Nominal Defendant. | Civil Action No: CV-040170 (TCP)<br><br>**MOTION TO DISMISS** |

Upon the attached affidavit of Paul A. Bradley, counsel for Defendants Frank A. Hackett Jr. Andrew Casavant, Greg Meyer, Gary T. Klugiewicz, Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi, Julie Linkins, William Westfall, Daniel Watson, and American Society Of Law Enforcement Trainers (nominal defendant) (collectively "Moving Defendants"), sworn to or affirmed on February 20, 2004, Moving Defendants, by and through counsel, move this Court, the Honorable Thomas C. Platt, U.S.D.J., for an order pursuant to

Rules 12(b)(2), 12(b)(3), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure, and any other appropriate grounds, **granting dismissal of the plaintiffs' complaint.** The grounds for the motion are (1) the plaintiffs' claims are time barred; (2) the Court lacks personal jurisdiction over Moving Defendants; (3) plaintiffs have insufficiently served process on the Moving Defendants; (4) the plaintiffs lack standing under the Racketeering Influenced and Corrupt Organizations Act ("RICO"); (5) the plaintiffs have failed to state a claim upon which relief can be granted; (6) the Eastern District of New York is not the proper venue for this action; (7) application of the doctrine of *forum non conveniens* mandates dismissal of this case; and any other appropriate grounds. The parties have agreed to a briefing schedule to present the motion.

Dated: February 20, 2004

                                    McCARTER & ENGLISH, LLP

                            BY:     _____
                                    PAUL A. BRADLEY
                                    A. RICHARD WINCHESTER
                                    919 Market Street, 18th Floor
                                    P.O. Box 111
                                    Wilmington, DE 19899
                                    Attorneys for Defendants Frank A. Hackett
                                    Jr., Andrew Casavant, Greg Meyer, Gary T.
                                    Klugiewicz, Timothy Dees, Lisa Konrath,
                                    Mary Gifford, David Smith, David Grossi,
                                    Julie Linkins, William Westfall, Daniel
                                    Watson, and American Society Of Law
                                    Enforcement Trainers (nominal defendant)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/26/04  .

                                    _____
                                    PAUL A. BRADLEY