UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MESSINA, ) | |
| GEORGE DEMTRIOU, individually and ) | |
| on behalf of all others similarly situated, ) | |
| and derivatively on behalf of ) | |
| AMERICAN SOCIETY OF LAW ) | |
| ENFORCEMENT TRAINERS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 05-cv-344-JJF |
| v. ) | |
| ) | |
| FRANK A. HACKETT, JR., ANDREW ) | |
| CASAVANT, GREG MEYER, GARY T. ) | |
| KLUGIEWICZ, TIMOTHY DEES, LISA ) | |
| KONRATH, MARY GIFFORD, DAVID ) | |
| SMITH, DAVID GROSSI, JULIE ) | |
| LINKINS, WILLIAM WESTFALL, ) | |
| DANIEL WATSON, GLENN YOUNG, ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and AMERICAN SOCIETY OF LAW ) | |
| ENFORCEMENT TRAINERS, INC., ) | |
| ) | |
| Nominal Defendant. ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Robert D. Goldberg, Esquire of Biggs and Battaglia on behalf of the Nominal Defendant American Society of Law Enforcement Trainers, Inc..

**BIGGS AND BATTAGLIA**

By:   /s/ Robert D. Goldberg
Robert D. Goldberg (ID # 631)
Biggs and Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE  19899
(302) 655-9677
DATED:  8/10/2005                Attorney for Nominal Defendant