# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIP MESSINA,<br>GEORGE DEMTRIOU, individually and<br>on behalf of all others similarly situated,<br>and derivatively on behalf of<br>AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.,<br><br>   Plaintiffs,<br><br>  v.<br><br>FRANK A. HACKETT, JR., ANDREW<br>CASAVANT, GREG MEYER, GARY T.<br>KLUGIEWICZ, TIMOTHY DEES, LISA<br>KONRATH, MARY GIFFORD, DAVID<br>SMITH, DAVID GROSSI, JULIE<br>LINKINS, WILLIAM WESTFALL,<br>DANIEL WATSON, GLENN YOUNG,<br>JOHN DOES 1-10,<br><br>   Defendants,<br><br>and AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.,<br><br>   Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-cv-344-JJF |

## MOTION FOR STAY

  Nominal Defendant, American Society of Law Enforcement Trainers, Inc. ("ASLET") hereby moves this Honorable Court to stay proceedings in the above captioned litigation for a period of 90 days and in support thereof states as follows:

  1.  Plaintiffs initiated the above captioned litigation by filing a class and derivative action in the Federal District Court for the Eastern District of New York against the named defendants as well as ASLET as nominal defendant. On or about May 31, 2005, the action was transferred to the Federal Court for the District of Delaware.

2.     In their Complaint, Plaintiffs charged the individual defendants with a pattern of racketeering activity, breaches of fiduciary duties, and waste of corporate assets.  ASLET is named as a nominal defendant solely in a derivative capacity.

3.     Many of the individual defendants were directors and officers of ASLET on the date the Complaint was filed.  These individuals and defendants, by virtue of their offices and directorships, effectively controlled ASLET.   In fact, the then-current Executive Board of ASLET (the "Board") was composed of ten individuals, eight of whom were named defendants in the Complaint.

4.     As a result, Plaintiffs made no demand prior to filing their complaint upon the Board of ASLET to prosecute their claims and, in fact, contended in the Complaint that a demand upon the ASLET Board of Directors would be futile.  Complaint ¶ 43.

5.     Subsequent to the commencement of the litigation the composition of the Board of ASLET has changed.  All but one of the eight individual defendants who previously served upon the Board have resigned from the Board and have been replaced, through election, by new, independent Directors.  Plaintiff Philip Messina continues to serve as a Board member.

6.     In Delaware, a State chartered corporation may use a special litigation committee to restore control over derivative litigation if a group of independent directors is so empowered to act for the corporation.  *Zapata v. Maldonado,* Del. Supr., 430 A.2d 779 (1981).   Where a Board appoints a special litigation committee, a stay is routinely granted so that such committee can do its work.  *Abbey v. Computer & Communications Technology Corp.*  457 A.2d 368, *375 (Del.Ch.,1983)

7.     Here, the newly constituted Board of Directors is actively conducting an investigation into its options, including considering whether or not to appoint a Special Litigation

Committee to investigate the allegations in the Complaint or to directly prosecute the allegations made in the complaint.  Accordingly, a Stay of the litigation while the Board completes its investigation is appropriate.

WHEREFORE, Nominal Defendant American Society of Law Enforcement Trainers, Inc. moves this Honorable Court for a Stay of Proceedings for a minimum of 90 days in order that the new Directors may confer with counsel and investigate methods and procedures for dealing with the claims presented in the Complaint.


                                        **BIGGS AND BATTAGLIA**

                              By:    /s/ Robert D. Goldberg
                                     Robert D. Goldberg (ID # 631)
                                     Biggs and Battaglia
                                     921 North Orange Street
                                     P.O. Box 1489
                                     Wilmington, DE  19899
                                     (302) 655-9677
DATED:  8/10/2005                    Attorney for Nominal Defendant
                                     American Society of Law Enforcement
                                     Trainers, Inc.