UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MESSINA, <br> GEORGE DEMTRIOU, individually and <br> on behalf of all others similarly situated, <br> and derivatively on behalf of <br> AMERICAN SOCIETY OF LAW <br> ENFORCEMENT TRAINERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK A. HACKETT, JR., ANDREW <br> CASAVANT, GREG MEYER, GARY T. <br> KLUGIEWICZ, TIMOTHY DEES, LISA <br> KONRATH, MARY GIFFORD, DAVID <br> SMITH, DAVID GROSSI, JULIE <br> LINKINS, WILLIAM WESTFALL, <br> DANIEL WATSON, GLENN YOUNG, <br> JOHN DOES 1-10, <br><br> Defendants, <br><br> and AMERICAN SOCIETY OF LAW <br> ENFORCEMENT TRAINERS, INC., <br><br> Nominal Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-cv-344-JJF <br> ) <br> ) <br> ) |

## **ORDER**

The Court, having considered the Motion for Stay filed on _____ by Nominal Defendant American Society of Law Enforcement Trainers, Inc.,

IT IS ORDERED this _____ day of _____ that the litigation be STAYED until _____.

_____
J.