## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MESSINA, GEORGE DEMTRIOU, individually and on behalf of all others similarly situated, and derivatively on behalf of AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK A. HACKETT, JR., ANDREW CASAVANT, GREG MEYER, GARY T. KLUGIEWICZ, TIMOTHY DEES, LISA KONRATH, MARY GIFFORD, DAVID SMITH, DAVID GROSSI, JULIE LINKINS, WILLIAM WESTFALL, DANIEL WATSON, GLENN YOUNG, JOHN DOES 1-10, <br><br> Defendants, <br><br> and AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC., <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) C.A. No. 05-cv-344-JJF ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **LOCAL RULE 7.1.1 STATEMENT**

I, Robert D. Goldberg, attorney for Nominal Defendant American Society of Law Enforcement Trainers, Inc. have discussed the foregoing Motion for Stay with counsel for Plaintiffs as well as counsel for Defendants. Plaintiffs do not oppose the requested stay. Defendants are not opposed to granting a stay but oppose any stay longer than thirty (30) days.

2

                              **BIGGS AND BATTAGLIA**

                       By:   /s/ Robert D. Goldberg
                             Robert D. Goldberg (ID No. 631)
                             921 N. Orange Street, P.O. Box 1489
                             Wilmington, DE 19899
                             (302) 655-9677
                             (302) 655-7924 (fax)
Dated: August 10, 2005           Attorney for Nominal Defendant
                             American Society of Law Enforcement
                             Trainers, Inc.