## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on August 10, 2005, I caused a copy of the foregoing Motion to Stay to be served on the following in the manner indicated:

**VIA CM/ECF FILING**

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

Paul A. Bradley, Esquire
McCarter & English
919 Market Street, #950
P.O. Box 111
Wilmington DE   19899

James Joseph Freebery IV, Esquire
McCarter & English
919 Market Street, #950
P.O. Box 111
Wilmington DE   19899

    /s/ Robert D. Goldberg
Robert D. Goldberg (I.D. #631)