McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

JAMES J. FREEBERY

(302) 984-6306
jfreebery@mccarter.com

RECE___ED

AUG - __



M<sup>c</sup>CARTER
ENGLISH
ATTORNEYS AT LAW

August 8, 2005

Re:   Messina v. ASLET, et al.
      C.A. No. 05-344

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware  19801

Dear Judge Farnan:

As Your Honor may recall from the status conference held last month, Defendants filed a Motion
to Dismiss while this action was pending in the Eastern District of New York.  At the status
conference, the Court ordered plaintiff to respond to Defendants' dispositive motion by August
10, 2005.  A review of the Court's docket reveals that this Motion has now been fully briefed and
is ready to be heard by Your Honor.  The corresponding docket entries regarding the Motion and
briefs are as follows:

D.I. #63        Defendants' Motion to Dismiss

D.I. #64        Memorandum of Law in Support of Defendants' Motion to Dismiss

D.I. #65        Memorandum of Law in Opposition to Defendants' Motion to Dismiss
                filed by Plaintiffs

D.I. #66        Reply Memorandum of Law in Support of Defendants' Motion to Dismiss

 The Court may now schedule oral argument if it deems it necessary or rule upon the
submissions of the parties.

As always, I remain available to the Court should any questions arise.

Respectfully submitted,

James J. Freebery
JJF/jmd
cc:   Robert Goldberg, Esquire
      Stephen M. Lester, Esquire



2005 AUG -9 AM 8:25
DELAWARE

**Via Hand Delivery**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of
Delaware
844 King Street
Wilmington, Delaware  19801



McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899

JJF