UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MESSINA,<br>GEORGE DEMITRIOU, individually and on<br>behalf of all others similarly situated,<br>and derivatively on behalf of<br>AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.<br><br>               Plaintiffs,<br><br>v.<br><br>FRANK A. HACKETT, JR., ANDREW<br>CASAVANT, GREG MEYER, GARY T.<br>KLUGIEWICZ, TIMOTHY DEES, LISA<br>KONRATH, MARY GIFFORD, DAVID<br>SMITH, DAVID GROSSI, JULIE<br>LINKINS, WILLIAM WESTFALL,<br>DANIEL WATSON, GLENN YOUNG,<br>JOHN DOES 1-10,<br><br>               Defendants,<br><br>and AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.<br><br>               Nominal Defendant. | C.A. No. 05-cv-344-JJF |

### RESPONSE TO NOMINAL DEFENDANT AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.'S MOTION TO STAY

Defendants Frank A. Hackett, Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz, Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi, Julie Linkins, William Westfall and Daniel Watson (collectively "Answering Defendants") hereby respond to Nominal Defendant American Society of Law Enforcement Trainers, Inc.'s ("ASLET") Motion to Stay proceedings in the above-captioned litigation and support thereof state as follows:

ME1\5172171.1

1.  ASLET, a nominal defendant in the litigation was previously represented in the Eastern District of New York by McCarter & English, LLP. ASLET has since hired the Delaware law firm of Biggs and Battaglia to represent it before this Court. ASLET's new counsel will be filing a substitution of counsel evidencing same.

2.  Answering Defendants take no position with respect to ASLET's application for a stay, but do object to the length of time for the stay requested – 90 days – and note for the Court that ASLET's request and the reason behind its request have no impact upon Answering Defendants' pending Motion to Dismiss the Complaint of Plaintiffs Philip Messina and George Demitriou.

3.  Answering Defendants are individual former board members of ASLET who are entitled to finality. Answering Defendants' Motion to Dismiss was filed and has been pending since February 2004.

4.  The reason for ASLET's request for a stay – the new board "conducting an investigation into its options" – has no impact on Answering Defendants' pending Motion to Dismiss. The Motion is still ripe for a decision after hearing or on the papers whether or not ASLET's request for a stay is granted. What the board decides to do or not to do will not effect the claims of Plaintiffs or Answering Defendants' procedural and substantive defenses to such claims.

WHEREFORE, Answering Defendants pray the Court, if it grants ASLET's Motion to Stay the litigation that it does so for only 30 days and/or that it proceed to rule on Answering Defendants' pending Motion to Dismiss.

ME1\5172171.1

McCARTER & ENGLISH, LLP

/s/ James J. Freebery
Paul A. Bradley (DE ID. No 2156)
James J. Freebery (DE ID. No. 3498)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendants,
Frank A. Hackett, Jr., Andrew Casavant,
Greg Meyer, Gary T. Klugiewicz, Timothy
Dees, Lisa Konrath, Mary Gifford, David
Smith, David Grossi, Julie Linkins, William
Westfall and Daniel Watson

Dated: August 11, 2005