## CERTIFICATE OF SERVICE

I, James J. Freebery, undersigned counsel of record, hereby certify that on August 11, 2005, I caused a copy of the foregoing Defendants, Frank A. Hackett, Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz, Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi, Julie Linkins, William Westfall and Daniel Watson's Response to Motion to Stay to be served on the following counsel in the indicated manner:

| CM/ECF Filing | U.S. Mail |
|---|---|
| Robert D. Goldberg Esquire<br>Biggs and Battaglia<br>921 North Orange Street<br>P.O. Box 1489<br>Wilmington, DE 19899 | Steven Lester, Esquire<br>Law Offices of Steven M. Lester<br>325 Merrick Avenue<br>East Meadow, New York 11544 |

/s/ James J. Freebery
James J. Freebery (DE ID. No. 3498)

ME1\5172171.1

1