UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHIL MESSINA,<br>GEORGE DEMTERIOU, individually and<br>on behalf of all others similarly situated,<br>and derivatively on behalf of<br>AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>FRANK A. HACKETT, JR., ANDREW<br>CASAVANT, GREG MEYER, GARY T.<br>KLUGIEWICZ, TIMOTHY DEES, LISA<br>KONRATH, MARY GIFFORD, DAVID<br>SMITH, DAVID GROSSI, JULIE<br>LINKINS, WILLIAM WESTFALL,<br>DANIEL WATSON, GLENN YOUNG,<br>JOHN DOES 1-10,<br><br>            Defendants,<br><br>and AMERICAN SOCIETY OF LAW<br>ENFORCEMENT TRAINERS, INC.,<br><br>            Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A..No. 05-cv-344-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' JOINDER IN MOTION FOR STAY**

Plaintiffs Philip Messina and George Demetriou ("Plaintiffs"), through their undersigned counsel, hereby join in the Motion to Stay filed by nominal defendant American Society of Law Enforcement Trainers, Inc. ("ASLET"), and in support thereof state as follows:

1.      Plaintiffs agree with ASLET that a 90-day stay is appropriate under the circumstances of this case. Since the Complaint was filed, the board of directors of ASLET has been reconstituted. All but one of the eight individual defendants who previously served

upon the Board have resigned from the Board and have been replaced, through election, by new, independent directors. Plaintiff Phillip Messina continues to serve as a member of the board of ASLET.

2.  The new board has indicated a willingness to take a serious look at the issues raised by Plaintiffs, and possibly take remedial measures as to some or all of the matters raised by Plaintiffs in the Complaint. Such action could limit the issues in this case, or possibly eliminate the need for litigation. Additionally, if litigation is to continue, ASLET may elect to assume control of the action directly, as opposed to its current position as a nominal defendant. The potential efficiencies involved warrant a stay.

3.  The defendants have not taken any issue on the stay, other than (1) to object to the length of the stay (90 days), and (2) they want the motion to dismiss to be decided in the interim. As to the first objection, defendants do not give show any prejudice resulting from the stay, nor do they given any reason for the objection, other than they believe that their motion to dismiss will be successful and they want to be out of the case. However, defendants are not prejudiced by the delay, as they will not be required to undertake any action in defense of the case during that period. As for the motion to dismiss, the determination by ASLET, after its review, of what actions it will take may affect that motion, either by eliminating issues or (if ASLET either resolves all the issues or seeks to terminate the litigation) mooting them. As such, the interests of judicial efficiency support deferring any action on the motion to dismiss pending the 90-day review by ASLET.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully join in ASLET's Motion to Stay and respectfully request that the Court grant the motion.

Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for plaintiffs Philip Messina and George Demitriou

Dated: August 18, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2005, I electronically filed the foregoing Plaintiffs' Joinder in Motion for Stay with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Robert D. Goldbertg, Esq.
> Biggs and Battaglia
> 921 Orange Street
> Wilmington, DE 19801
>
> James Joseph Freebery, IV, Esq.
> McCarter & English
> 919 Market Street, #950
> Wilmington, DE 19801

> /s/ David L. Finger
> David L. Finger (DE Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155
> (302) 884-6766