IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHILIP MESSINA, GEORGE DEMTRIOU, :
individually and on behalf of all :
other similarly situated, and :
derivatively on behalf of American :
Society of Law Enforcement Trainers,:
Inc., :
 :
      Plaintiffs, :
 :
  v. : Civil Action No. 05-344 JJF
 :
FRANK A. HACKETT, JR., ANDREW :
CASAVANT, GREG MEYER, GARY T. :
KLUGIEWICZ, TIMOTHY DEES, LISA :
KONRATH, MARY GIFFORD, DAVID SMITH, :
DAVID GROSSI, JULIE LINKINS, :
WILLIAM WESTFALL, DANIEL WATSON, :
GLENN YOUNG, JOHN DOES 1-10, :
 :
      Defendants, :
 :
AMERICAN SOCIETY OF LAW ENFORCEMENT :
TRAINERS, INC., :
 :
      Nominal Defendant. :

### O R D E R

    WHEREAS, there was a matter presented in the United States District Court for the Eastern District of New York with regard to the issuance of a preliminary injunction;

    WHEREAS, a Status/Scheduling Conference was set for the above-captioned matter;

    WHEREAS, due to a clerical error, Plaintiffs were not notified of the conference;

    WHEREAS, the Court finds that the papers filed by Plaintiffs do not present sufficient evidence of irreparable

harm at this time;

NOW THEREFORE, IT IS HEREBY ORDERED that the matter presented in the United States District Court for the Eastern District of New York with regard to the issuance of a preliminary injunction is **DENIED** with leave to renew, if warranted.

August 25, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE