UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MESSINA, <br> GEORGE DEMTRIOU, individually and on <br> behalf of all others similarly situated, <br> and derivatively on behalf of <br> AMERICAN SOCIETY OF LAW <br> ENFORCEMENT TRAINERS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> FRANK A. HACKETT, JR., ANDREW <br> CASAVANT, GREG MEYER, GARY T. <br> KLUGIEWICZ, TIMOTHY DEES, LISA <br> KONRATH, MARY GIFFORD, DAVID <br> SMITH, DAVID GROSSI, JULIE <br> LINKINS, WILLIAM WESTFALL, <br> DANIEL WATSON, GLENN YOUNG, <br> JOHN DOES 1-10, <br><br> Defendants, <br><br> and AMERICAN SOCIETY OF LAW <br> ENFORCEMENT TRAINERS, INC. <br><br> Nominal Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-cv-344-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF WITHDRAWAL AS COUNSEL**

**PLEASE WITHDRAW** the appearance of Paul A. Bradley, Esquire as attorney for nominal defendant American Society of Law Enforcement Trainers, Inc. Robert D. Goldberg, Esquire has entered his appearance as attorney for the nominal defendant American Society of Law Enforcement Trainers, Inc. on August 10, 2005.

                    McCARTER & ENGLISH, LLP


                    <u>/s/ Paul A. Bradley</u>
                    Paul A. Bradley (DE ID. No 2156)
                    919 North Market Street, Suite 1800
                    Wilmington, Delaware 19899
                    (302) 984-6333