**CERTIFICATE OF SERVICE**

    I, James J. Freebery, hereby certify that on August 31, 2005, I caused a copy of the foregoing Notice of Withdrawal as Counsel to be served via the Pacer ECF system.

                                      /s/ James J. Freebery
                                James J. Freebery (DE Bar ID #3498)