| | | |
|---|---|---|
| **VICTOR F. BATTAGLIA**<br>**ROBERT D. GOLDBERG**<br>**PHILIP B. BARTOSHESKY**<br>**VICTOR F. BATTAGLIA, JR.** | **BIGGS AND BATTAGLIA**<br>ATTORNEYS AT LAW<br>921 NORTH ORANGE STREET<br>P.O. BOX 1489<br>WILMINGTON, DELAWARE 19899<br>(302) 655-9677<br>TELECOPIER (302) 655-7924 | OF COUNSEL<br>JOHN BIGGS III<br>GERARD P. KAVANAUGH, SR.<br>S. BERNARD ABLEMAN |

Writer's Direct E-mail: Goldberg@batlaw.com

January 27, 2006

**By E-File**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

  Re: *Messina, et al. v. Hackett, et al.*
    *C.A. No. 05cv00344 JJF*

Dear Judge Farnan:

  I am writing in compliance with the Court's Order of October 25, 2005 to advise the Court on the status of the above matter. In that Order the Court granted a continuance so that the Board of Directors (the "Board") of my client, the American Society of Law Trainers, Inc. ("ASLET") could investigate the litigation and decide upon its litigation options.

  I am advised that the Board has conducted an investigation of the litigation and that the Board wishes to substitute ASLET as the plaintiff in lieu of the individual plaintiffs now prosecuting the action. I am further advised by Mr. Finger, plaintiffs' counsel, that the individual plaintiffs are in agreement with this realignment. The Board is still considering the exact manner in which it will proceed and I hope to be able to advise Your Honor further in the near future.

               Very truly yours,

                /s/ Robert D. Goldberg
                Robert D. Goldberg (I.D. #631)

RDG/mnj

cc: Clerk of the Court
   David L. Finger, Esquire
   Paul A. Bradley, Esquire
   James Joseph Freebery IV, Esquire