McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

James J. Freebery
Partner

jfreebery@mccarter.com



McCARTER
ENGLISH
ATTORNEYS AT LAW

April 12, 2006

**<u>VIA E-FILE AND HAND DELIVERY</u>**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  Philip Messina and George Demetriou, individually and on behalf
     of all others similarly situated, and derivatively on behalf of
     American Society of Law Enforcement Trainers, Inc. v.
     Frank A. Hackett, Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz,
     Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi,
     Julie Linkins, William Westfall, Daniel Watson, Glenn Young, John Does
     <u>1-10 and American Society of Law Enforcement Trainers, Inc.</u>
     C.A. No. 05-344 JJF

Dear Judge Farnan:

Attached for your convenience and review is a copy of the Verified Complaint filed last week in the Court of Chancery of the State of Delaware in and for Sussex County by plaintiffs in the above captioned matter, pending before this Court.

Respectfully submitted,


/s/ James J. Freebery

James J. Freebery
(DE Bar ID #3498)

JJF:jr
Enclosure

cc:  Robert D. Goldberg, Esq. (via e-file and e-mail) (w/encl.)
     David L. Finger, Esq. (via e-file and e-mail) (w/encl.)
     Paul A. Bradley, Esq. (via e-mail) (w/encl.)

ME1\5597075.1