James J. Freebery
Partner

jfreebery@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



McCARTER & ENGLISH
ATTORNEYS AT LAW

June 22, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  Philip Messina and George Demetriou, individually and on behalf
     of all others similarly situated, and derivatively on behalf of
     American Society of Law Enforcement Trainers, Inc. v.
     Frank A. Hackett, Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz,
     Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi,
     Julie Linkins, William Westfall, Daniel Watson, Glenn Young, John Does
     1-10 and American Society of Law Enforcement Trainers, Inc.
     C.A. No. 05-344 JJF

Dear Judge Farnan:

I write to respectfully request this Court revisit Defendants' Motion to Dismiss which Your Honor denied "with leave to renew" in conjunction with the stay of the litigation on October 25, 2005. (See attached Exhibit A, Memorandum Order at p. 4). The Court's stay of the litigation expired in January 2006; yet plaintiffs have failed to take *any* action with respect to their pending RICO complaint.

In support of Defendants' request, I attach a copy of the Motion to Dismiss originally filed in the Eastern District of New York (Exhibit B) as well as the March 2, 2006 and April 12, 2006 letters from counsel providing Courts with an update of the (lack of) progress of the case. (Exhibits C and D). As always I am available at the Court's convenience to address this correspondence or to be heard regarding Defendants' application for dismissal.

Respectfully submitted,

*/s/ JJF/*

James J. Freebery
(DE Bar ID #3498)

JJF:jr
Enclosures

ME1\5712506.1

| HARTFORD | STAMFORD | NEW YORK CITY | NEWARK | PHILADELPHIA | WILMINGTON | BALTIMORE |
|---|---|---|---|---|---|---|
| 860.275.6700 | 203.324.1800 | 212.609.6800 | 973.622.4444 | 215.979.3800 | 302.984.6300 | 410.659.8500 |

The Honorable Joseph J. Farnan, Jr.
June 22, 2006
Page 2



cc: Robert D. Goldberg, Esq. (w/encls., via e-file and e-mail)
    David L. Finger, Esq. (w/encls., via e-file and e-mail)
    John B. Palmer, Chubb Group (w/encls., via e-mail)

ME1\5712506.1