# EXHIBIT C

James J. Freebery
Partner

jfreebery@mccarter.com

March 2, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:  Philip Messina and George Demetriou, individually and on behalf
     of all others similarly situated, and derivatively on behalf of
     American Society of Law Enforcement Trainers, Inc. v.
     Frank A. Hackett, Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz,
     Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi,
     Julie Linkins, William Westfall, Daniel Watson, Glenn Young, John Does
     1-10 and American Society of Law Enforcement Trainers, Inc.
     C.A. No. 05-344 JJF

Dear Judge Farnan:

On January 27, 2006 – the date that the Court-ordered stay of the above matter expired – Robert D. Goldberg, Esq. filed a status letter with the Court on behalf of the Board of Directors (the "Board") of the American Society of Law Enforcement Trainers, Inc. ("ASLET"). In its letter, the Board purported to advise the Court that it wished to substitute ASLET for Philip Messina ("Messina") and George Demetriou ("Demetriou") as Plaintiffs in the two year old RICO litigation. Thirty days have now passed since the Board informed Your Honor that it wished to proceed with the litigation – without any subsequent action. I write at this time on behalf of Defendants to request that the Court issue an Order imposing a deadline on the Board, Messina and/or Demetriou for formally proceeding in conjunction with their wish.

As Your Honor may recall, Plaintiffs Messina and Demetriou, "[i]ndividually…and derivatively on behalf of [ASLET]" filed a 72 page, 245 paragraph Complaint in the United States District Court for the Eastern District of New York on January 16, 2004. ASLET is a volunteer, non-profit organization. Defendants promptly filed a Motion to Dismiss the Complaint on February 20, 2004 arguing *inter alia* that the Plaintiffs' claims were time barred, that this Court lacked personal jurisdiction, that service of process was insufficient and that Plaintiffs lacked individual and derivative standing and failed to state a claim under RICO, as

The Honorable Joseph J. Farnan, Jr.
March 2, 2006
Page 2

well as making improper venue and forum non conveniens arguments. Based in part on Defendants' motion, the Honorable Judge Thomas C. Platt of the Eastern District of New York dismissed Plaintiffs' Complaint without prejudice, allowing Plaintiffs to transfer the case to the Your Honor's Court. In May 2005, the case was finally transferred to Delaware for resolution. Your Honor may recall that Plaintiffs and their counsel failed to appear for a July 13, 2005 status conference and July 25, 2005 motion hearing and the Court was set to rule on Defendants' transferred Motion to Dismiss. In August 2005, however, Mr. Goldberg entered his appearance on behalf of the ASLET Board and David L. Finger, Esq. appeared on behalf of Messina and Demetriou jointly requesting a stay to "take remedial measures as to some or all of the matters raised by Plaintiffs in the Complaint. Such action could limit the issues in this case, or possibly eliminate the need for litigation." Based on their joint Motion to Stay, Your Honor on October 25, 2005 stayed the litigation and gave Mr. Goldberg and Plaintiffs until January 27, 2006 to advise the Court of its plans for litigation going forward. The Court also denied without prejudice and with leave to renew Defendants' Motion to Dismiss.

The stay of the litigation is now expired. While the Court has been advised that Messina and Demetriou wish to abandon the case and now allow ASLET to stand in their shoes, Your Honor has not been informed on how or when they intend to accomplish this goal. Defendants thus request the Court impose a date certain deadline for Plaintiffs to act. Upon expiration of such date without action by Plaintiffs, Defendants will immediately renew their Motion to Dismiss.

Respectfully submitted,


James J. Freebery
(DE Bar ID #3498)

JJF:jr

cc:   Robert D. Goldberg, Esq. (via e-file and e-mail)
      David L. Finger, Esq. (via e-file and e-mail)
      Paul A. Bradley, Esq. (via e-mail)

ME1\5521453.1