**EXHIBIT D**

James J. Freebery
Partner

jfreebery@mccarter.com

April 12, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: Philip Messina and George Demetriou, individually and on behalf
of all others similarly situated, and derivatively on behalf of
American Society of Law Enforcement Trainers, Inc. v.
Frank A. Hackett, Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz,
Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi,
Julie Linkins, William Westfall, Daniel Watson, Glenn Young, John Does
1-10 and American Society of Law Enforcement Trainers, Inc.
C.A. No. 05-344 JJF

Dear Judge Farnan:

Attached for your convenience and review is a copy of the Verified Complaint filed last week in the Court of Chancery of the State of Delaware in and for Sussex County by plaintiffs in the above captioned matter, pending before this Court.

Respectfully submitted,

James J. Freebery
(DE Bar ID #3498)

JJF:jr
Enclosure

cc: Robert D. Goldberg, Esq. (via e-file and e-mail) (w/encl.)
    David L. Finger, Esq. (via e-file and e-mail) (w/encl.)
    Paul A. Bradley, Esq. (via e-mail) (w/encl.)

ME1\5597075.1