| | | |
|---|---|---|
| **VICTOR F. BATTAGLIA**<br>**ROBERT D. GOLDBERG**<br>**PHILIP B. BARTOSHESKY**<br>**VICTOR F. BATTAGLIA, JR.**<br>**STEVEN F. MONES** | **BIGGS AND BATTAGLIA**<br>ATTORNEYS AT LAW<br>921 NORTH ORANGE STREET<br>P.O. BOX 1489<br>WILMINGTON, DELAWARE 19899<br>(302) 655-9677<br>TELECOPIER (302) 655-7924 | OF COUNSEL<br>**JOHN BIGGS III**<br>**GERARD P. KAVANAUGH, SR.**<br>**S. BERNARD ABLEMAN** |

Writer's Direct E-mail: Goldberg@batlaw.com

July 14, 2006

**By E-File**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

      Re:    *Messina, et al. v. Hackett, et al.*
              *C.A. No. 05cv00344 JJF*

Dear Judge Farnan:

      As a follow-up to my previous letter of June 26, 2006 in which I advised you that the American Society of Law Enforcement Trainers ("ASLET") intended to file for Bankruptcy, I write to report that ALET has filed a Chapter 7 Bankruptcy Petition. ASLET is represented by Joseph Bodnar in the Bankruptcy. For the Court's information I enclose a copy of the receipt noting the time of filing and the case number.

                                  Respectfully submitted,

                                  /s/ Robert D. Goldberg
                                Robert D. Goldberg (I.D. #631)

RDG/mnj
Enclosure

cc:    David L. Finger, Esquire
        James Joseph Freebery IV, Esquire
        Joseph Bodnar, Esquire