## Open New Voluntary Bankruptcy Case

### U.S. Bankruptcy Court

### District of Delaware

Notice of Bankruptcy Case Filing

The following transaction was received from Bodnar, Joseph J. entered on 7/14/2006 at 4:19 PM EDT and filed on 7/14/2006

**Case Name:** American Society of Law Enforcement Trainers
**Case Number:** 06-10758
**Document Number:** 1

**Docket Text:**
Chapter 7 Voluntary Petition. Amount Paid $299. Filed by American Society of Law Enforcement Trainers. (Bodnar, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\heidi\HEIDI\07 14 06 filings\aslet petition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/14/2006] [FileNumber=5056821-0]
[9daa41e18a4bef5967a79e17bf99c409da3640d7cc718600f42a7d488c712c9b33b5
f38f1253ceec38c8d51072e107bf62d1bf8bf3b1f6938e1df01ab53314fa]]

**06-10758 Notice will be electronically mailed to:**

Joseph J. Bodnar     jbodnar@monlaw.com

United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV

**06-10758 Notice will not be electronically mailed to:**