IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHILLIP MESSINA, and GEORGE :
DEMTRIOU, individually and on :
behalf of all others similarly :
situated, and derivatively on :
behalf of American Society of Law :
Enforcement Trainers, Inc., :
:
    Plaintiffs, :
:
v. :Civil Action No. 05-344-JJF
:
FRANK A. HACKETT, JR., ANDREW :
CASAVANT, GREG MEYER, GARY T. :
KLUGIEWICZ, TIMOTHY DEES, LISA :
KONRATH, MARY GIFFORD, DAVID SMITH,:
DAVID GROSSI, JULIE LINKINS, :
WILLIAM WESTFALL, DANIEL WATSON, :
GLENN YOUNG, and JOHN DOES 1-10, :
:
    Defendants. :

## ORDER

    WHEREAS, the Court stayed the above-captioned case until January 27, 2006 so that Plaintiffs and ASLET could determine how to proceed with the litigation (D.I. 75);

    WHEREAS, the Court also denied with leave to renew Defendants' Motion To Dismiss (D.I. 75);

    WHEREAS, on January 27, 2006, ASLET indicated that ASLET's Board intended to substitute ASLET in lieu of the Individual Plaintiffs but that ASLET had not determined how to proceed (D.I. 76);

    WHEREAS, ASLET has made no attempt to substitute itself for the Individual Plaintiffs, and the Court has not received a status letter from the Individual Plaintiffs;

WHEREAS, Defendants have requested that the Court renew and decide their Motion To Dismiss (D.I. 77, 79);

WHEREAS, it has come to the Court's attention that ASLET has filed a Chapter 7 Bankruptcy Petition (D.I. 80, 81);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Individual Plaintiffs shall file a status letter, informing the Court of the status of this litigation no later than **September 8, 2006.**

2. Defendants shall be permitted leave to renew their Motion To Dismiss (D.I. 63) by letter on **September 15, 2006.**

3. Upon renewal of the Motion To Dismiss, Defendant may file a supplemental letter brief no later than **September 29, 2006.** Plaintiff may file an answering supplemental letter brief no later than **October 12, 2006.**

August **23**, 2006

_____
UNITED STATES DISTRICT JUDGE