Christopher A. Selzer

Associate, Business Litigation Group

302.984.6300
302.984.6399 (Fax)
cselzer@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



McCARTER
ENGLISH
ATTORNEYS AT LAW

September 15, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: Philip Messina and George Demetriou, individually and on behalf
of all others similarly situated, and derivatively on behalf of
American Society of Law Enforcement Trainers, Inc. v.
Frank A. Hackett, Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz,
Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi,
Julie Linkins, William Westfall, Daniel Watson, Glenn Young, and
John Does 1-10, D. Del., C.A. No. 05-344-JJF

Dear Judge Farnan:

    Pursuant to the Court's Order of August 23, 2006 (D.I. 82), defendants hereby renew their motion to dismiss (D.I. 63) and will file a supplemental letter brief in support thereof no later than September 29, 2006.

                                        Respectfully submitted,

                                        /s/ Christopher A. Selzer

                                        Christopher A. Selzer
                                        (DE Bar ID #4305

CAS/tmp
Enclosure
cc: Robert D. Goldberg, Esq. (via e-file)
    David L. Finger, Esq. (via e-file)
    James J. Freebery, Esquire

ME1\5839813.1