IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILLIP MESSINA, and GEORGE DEMTRIOU, individually and on behalf of all others similarly situated, and derivatively on behalf of American Society of Law Enforcement Trainers, Inc., <br><br>                    Plaintiffs, <br><br> v. <br><br> FRANK A. HACKETT, JR., ANDREW CASAVANT, GREG MEYER, GARY T. KLUGIEWICZ, TIMOTHY DEES, LISA KONRATH, MARY GIFFORD, DAVID SMITH, DAVID GROSSI, JULIE LINKINS, WILLIAM WESTFALL, DANIEL WATSON, GLENN YOUNG, and JOHN DOES 1-10, <br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-344 JJF |

**APPENDIX TO DEFENDANTS'
SUPPLEMENTAL LETTER BRIEF IN SUPPORT
OF ITS MOTION TO DISMISS THE COMPLAINT**

                                                                                                              McCarter & English, LLP
                                                                                                              James J. Freebery (DE Bar ID #3498)
                                                                                                              Christopher A. Selzer (DE Bar I.D. #4305)
                                                                                                              919 North Market Street, 18th Floor
                                                                                                              P.O. Box 111
                                                                                                              Wilmington, DE 19899
                                                                                                              (302) 984-6300
                                                                                                              Attorney for Defendants

Dated: September 29, 2006

## TABLE OF CONTENTS

| | Page |
|---|---|
| Letter to The Honorable Joseph J. Farnan, Jr. from Christopher A Selzer (D.I. 84) | A1 |
| RICO Complaint (D.I. 52) | A2 |
| Order dated August 23, 2006 (D.I. 82) | A79 |
| Defendants' Motion to Dismiss (D.I. 84) | A81 |
| April 30, 2004 Court of Chancery Opinion | A86 |
| Letter to The Honorable Joseph J. Farnan from Robert D. Goldberg (D.I. 80) | A94 |
| Letter to The Honorable Joseph J. Farnan from Robert D. Goldberg (D.I. 81) | A95 |
| Transcript of July 22, 2005 Hearing | A96 |
| Motion for Stay (D.I. 68) | A102 |
| Letter to The Honorable Joseph J. Farnan from Robert D. Goldberg (D.I. 76) | A109 |
| Letter to The Honorable Joseph J. Farnan from James J. Freebery (D.I. 77) | A110 |
| Letter to The Honorable Joseph J. Farnan from James J. Freebery (D.I. 78) | A112 |
| Letter to The Honorable Joseph J. Farnan from James J. Freebery (D.I. 79) | A125 |
| Excerpts from www.asletupdates.com Website | A127 |
| Defendants' Memorandum of Law in Support of Their Motion to Dismiss (D.I. 64) | A130 |
| Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (D.I. 65) | A174 |
| Reply Memorandum of Law in Support of Motion to Dismiss (D.I. 66) | A202 |