## CERTIFICATE OF SERVICE

I, James J. Freebery, hereby certify that on September 29, 2006, I caused the foregoing Appendix to Defendants' Supplemental Letter Brief in Support of its Motion to Dismiss the Complaint to be served on the following in the manner indicated:

### VIA E-FILE AND HAND DELIVERY

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19899

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, St. 725
1201 North Orange Street
Wilmington, DE 19801

### VIA FIRST CLASS MAIL

Philip Messina
711 N. Wellwood Avenue
Lindenhurst, NY 11757

McCarter & English LLP

By: /s/ James J. Freebery
James J. Freebery (DE Bar ID #3498)
919 North Market Street, Suite #1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendants

MEI\5875815.1