```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
```

PHILLIP MESSINA, and GEORGE           :
DEMTRIOU, individually and on         :
behalf of all others similarly        :
situated, and derivatively on         :
behalf of American Society of Law     :
Enforcement Trainers, Inc.,           :
                                      :
          Plaintiffs,                 :
                                      :
     v.                               :Civil Action No. 05-344-JJF
                                      :
FRANK A. HACKETT, JR., ANDREW         :
CASAVANT, GREG MEYER, GARY T.         :
KLUGIEWICZ, TIMOTHY DEES, LISA        :
KONRATH, MARY GIFFORD, DAVID SMITH,   :
DAVID GROSSI, JULIE LINKINS,          :
WILLIAM WESTFALL, DANIEL WATSON,      :
GLENN YOUNG, and JOHN DOES 1-10,      :
                                      :
          Defendants.                 :

## ORDER

WHEREAS, by letter dated September 7, 2006 (D.I. 83), Plaintiff Philip Messina, on behalf of himself and his co-plaintiff, has requested ninety (90) days "to re-acquire control over the action and to obtain counsel . . .;"

WHEREAS, Plaintiffs' counsel, Mr. Finger, has not yet withdrawn his representation;

WHEREAS, pursuant to the Court's August 23, 2006 Order (D.I. 82), Defendants renewed their Motion To Dismiss and filed a supplemental brief;

WHEREAS, the Court finds that a 60-day period is reasonable to allow Plaintiffs to retain new counsel and that a modification of the briefing schedule provided for by the Court in its August

23 Order is required to accommodate this period of time;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiffs shall notify the Court by **Monday, December 4, 2006**, as to whether they have retained new counsel, intend to maintain their current representation with Mr. Finger, who is currently counsel of record, or whether they wish to pursue this action as pro se Plaintiffs.

2. Plaintiffs' supplemental brief in response to Defendants' Renewed Motion To Dismiss shall be filed no later than Friday, December 29, 2006.

October 3, 2006
DATE

UNITED STATES DISTRICT JUDGE