IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MESSINA and GEORGE DEMETRIOUS, individually and on behalf of all others similarly situated, and derivatively on behalf of AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>FRANK A. HACKETT, JR., ANDREW CASAVANT, GREG MEYER, GARY T. KLUGIEWICZ, TIMOTHY DEES, LISA KONRATH, MARY GIFFORD, DAVID SMITH, DAVID GROSSI, JULIE LINKINS, WILLIAM WESTFALL, DANIEL WATSON, GLENN YOUNG, JOHN DOES 1-10 and AMERICAN SOCIETY OF LAW ENFORCEMENT TRAINERS, INC.<br><br>        Defendants. | C.A. No. 05-344 (JJF) |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Paul A. Bradley, Esquire of McCarter & English LLP as counsel for Defendants, Frank A. Hackett, Jr., Andrew Casavant, Greg Meyer, Gary T. Klugiewicz, Timothy Dees, Lisa Konrath, Mary Gifford, David Smith, David Grossi, Julie Linkins, Williams Westfall, and Daniel Watson (collectively "Defendants").

PLEASE ENTER THE APPEARANCE of James J. Freebery of McCarter & English LLP as counsel for Defendants.

ME1\5881770.1

| | |
|---|---|
| **MARON MARVEL BRADLEY & ANDERSON, P.A** | **McCARTER & ENGLISH, LLP** |
| /s/ Paul A. Bradley<br>Paul A. Bradley (DE Bar ID 2156)<br>Suite 900, P.O. Box 288<br>Wilmington, DE 19899<br>(302) 425-5177 | /s/ James J. Freebery<br>James J. Freebery (DE Bar ID 3498)<br>919 N. Market Street, 18th Floor<br>P.O. Box 111<br>Wilmington, DE 19899<br>(302) 984-6300 |
| Dated: October 4, 2006 | Dated: October 4, 2006 |

## CERTIFICATE OF SERVICE

I, James J. Freebery, hereby certify that on October 4, 2006, I caused the foregoing Substitution of Counsel to be served on the following in the manner indicated:

### VIA E-FILE

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19899

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center, St. 725
1201 North Orange Street
Wilmington, DE 19801

### VIA FIRST CLASS MAIL

Philip Messina
711 N. Wellwood Avenue
Lindenhurst, NY 11757

McCARTER & ENGLISH LLP

By: /s/ James J. Freebery
James J. Freebery (DE Bar ID #3498)
919 North Market Street, Suite #1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Defendants

ME1\5881770.1