IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIP MESSINA and GEORGE DEMTRIOU, individually and on behalf of all others similarly situated and derivatively on behalf of American Society of Law Enforcement Trainers, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK A. HACLETT, JR., ANDREW CASAVANT, GREG MEYER, GARY T. KLUGIEWICZ, TIMOTHY DEES, LISA KONRATH, MARY GIFFORD, DAVID SMITH, DAVID GROSSI, JULIE LINKINS, WILLIAM WESTFALL, DANIEL WATSON, GLENN YOUNG, and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-344-JJF ) ) ) ) ) ) ) ) ) ) |

**MOTION TO WITHDRAW AS COUNSEL**

David L. Finger and the law firm of Finger & Slanina, LLC ("Movants") hereby move to withdraw as counsel for the plaintiffs, and in support thereof state as follows:

1. Movants were retained as counsel for the plaintiffs after this action was transferred from the U.S. District Court for the Southern District of Florida.

2. On July 14, 2006, nominal defendant the American Society of Law Enforcement Trainers, Inc. ("ASLET") filed for protection under Chapter 7 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware. Control of a derivative claim is deemed to be the property of an estate in bankruptcy. *Kennedy v. Venrock Associates*, 348 F.3d 584, 589 (7th Cir. 2003), *cert. denied*, 541 U.S. 975 (2004). As such,

to proceed either the trustee in bankruptcy must assume control of the litigation, or else the trustee or the court must authorize the plaintiffs to proceed on behalf of the estate.

      3.      The plaintiffs have not taken any steps in the Bankruptcy Court to proceed in this action, nor indicated to Movants of their intentions in that regard. Nor have the plaintiffs informed Movants of any efforts to obtain substitute counsel. As such, Movants are no longer in a position to be able to represent the plaintiffs.

WHEREFORE, for the foregoing reasons, Movants respectfully request that the Court grant their motion to withdraw.

Dated: December 4, 2006

                    Respectfully submitted,

                    /s/ David L. Finger
                    David L. Finger (DE Bar ID #2556)
                    Finger & Slanina, LLC
                    One Commerce Center
                    1201 Orange Street, Suite 725
                    Wilmington, DE 19801-1155
                    (302) 884-6566

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIP MESSINA and GEORGE DEMTRIOU, individually and on behalf of all others similarly situated and derivatively on behalf of American Society of Law Enforcement Trainers, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK A. HACLETT, JR., ANDREW CASAVANT, GREG MEYER, GARY T. KLUGIEWICZ, TIMOTHY DEES, LISA KONRATH, MARY GIFFORD, DAVID SMITH, DAVID GROSSI, JULIE LINKINS, WILLIAM WESTFALL, DANIEL WATSON, GLENN YOUNG, and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-344-JJF ) ) ) ) ) ) ) ) ) ) |

## **ORDER**

On this _____ day of _____, 200_, IT IS HEREBY ORDERED that

the Motion to Withdraw filed by David L. Finger and Finger & Slanina, LLC is GRANTED.

_____
Farnan, J.

**CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 4th day of December, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

James J. Freeberry, IV, Esq.
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Robert D. Goldberg, Esq.
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE 19801

and via e-mail to Phillip Messina.

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6566