IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

PHILIP MESSINA and GEORGE
DEMTRIOU, individually and on
behalf of all others similarly
situated, and derivatively
on behalf of American Society
of Law Enforcement Trainers, Inc.

      Plaintiffs,

    v.

FRANK A. HACKETT, JR., ANDREW
CASAVANT, GREG MEYER, GARY T.
KLUGIEWICZ, TIMOTHY DEES, LISA
KONRATH, MARY GIFFORD, DAVID
SMITH, DAVID GROSSI, JULIE LINKINS,
WILLIAM WESTFALL, DANIEL WATSON,
GLENN YOUNG, AND JOHN DOES 1-10

      Defendants.

Civil Action No. 05-344-JJF



FILED
DEC 0 4 2006

---

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
RENEWED MOTION TO DISMISS**

    Plaintiffs commenced this action in an attempt to save the American Society of Law Enforcement Trainers, Inc. ("ASLET"), a Delaware nonprofit "501c3" corporation from dissolution and/or from being used as a means for unethical directors to misuse the charity's resources to discredit and retaliate against business competitors, while lining their own pockets. ASLET was organized in 1987 to facilitate law enforcement training.

    On 7/14/2006, the named defendants, and others acting in concert with them, filed a petition for protection and liquidation under Chapter 7 of the Bankruptcy Code (06-10758-C55). Accordingly, plaintiffs' desire to "clean up" ASLET by utilizing the statutory tools provided by Congress to combat organized crime under the Racketeer Influenced Corrupt Organizations Act ("RICO) 18 U.S.C. §1961, et seq., is no longer possible.

    By letter dated 1/27/06 the board of directors of ASLET notified the Court that it intended to "adopt" this derivative action, and accordingly, would assume responsibility for its prosecution. However, it appears that the board of directors was being

disingenuous. After a review of the Meeting of Creditors ("341 Meeting") and consultation with the Chapter 7 Trustee plaintiffs discovered that ASLET does not "have the funds available" to prosecute this action, thus, effectively terminating the lawsuit, Whether the board was aware that it did not have the available funds when it notified the Court of its intention to adopt this lawsuit is unclear. However, the effect *is* clear: this suit to save ASLET is vitiated, thus allowing the former board of directors and officers to escape the consequences of their misfeasence and malfeasance.

Plaintiffs have not entered this Court to "play the litigation lottery" for their personal financial gain, and fully understand the significant civil case loads of the United States District Courts. Furthermore, plaintiffs (a retired municipal police sergeant with over 1000 felony arrests in his career and a current municipal police detective), are aware of the capabilities and responsibilities of federal law enforcement agencies and the offices of the United States Attorneys in the various judicial districts of the United States.

 As plaintiffs have met their statutory responsibilities under 18 U.S.C. §4, in notifying the Tax Exempt Organization Division of the Internal Revenue Service, and, subsequently, the Criminal Investigation division of the Internal Revenue Service, plaintiffs respectfully submit that the civil and criminal divisions of the IRS have far greater resources and experience in investigating and prosecuting matters such as the case at bar.

 Similarly, appropriate notifications have been made to the United States Department of Justice, after plaintiffs became aware of Justice Department funds that were lost as a result of the long running enterprise described in the Complaint, and of the deletion of certain corporate records, in possible violation of 18 U.S.C. §1519, which, although a felony under statute, is not a "RICO predicate" cognizable in this action.

 WHEREFORE, plaintiffs respectfully request that this Honorable Court dismiss this action, without prejudice.

*Philip Messina  11/29/06*
Philip Messina


*George Demetriou*
George Demetriou

**MODERN WARRIOR® INC.**
Survival Training and Equipment
711 N. Wellwood Ave.
Lindenhurst, NY 11757
1-888-M-WARRIOR

LONG ISLAND NY 117
30 NOV 2006 PM 6 L

Clerk of the Court
US District Ct
844 N King St
Wilmington DE 19801