IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIP MESSINA, and GEORGE DEMTRIOU, individually and on behalf of all others similarly situated, and derivatively on behalf of American Society of Law Enforcement Trainers, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK A. HACKETT, JR., ANDREW CASAVANT, GREG MEYER, GARY T. KLUGIEWICZ, TIMOTHY DEES, LISA KONRATH, MARY GIFFORD, DAVID SMITH, DAVID GROSSI, JULIE LINKINS, WILLIAM WESTFALL, DANIEL WATSON, GLENN YOUNG, and JOHN DOES 1-10, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-344-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

WHEREAS, Defendants filed a renewed Motion To Dismiss (D.I. 63) on September 15, 2006;

WHEREAS, Plaintiffs filed a letter requesting a period of 90 days to obtain new counsel;

WHEREAS, the Court permitted Plaintiff's additional time to obtain counsel and ordered Plaintiffs to file any supplemental briefing in response to the renewed Motion To Dismiss (D.I. 87) no later than December 29, 2006;

WHEREAS, Plaintiff filed their Response (D.I. 90) to the renewed Motion To Dismiss requesting the Court to dismiss this action without prejudice;

NOW THEREFORE, IT IS HEREBY ORDERED that pursuant to Plaintiffs' request (D.I. 90), the above-captioned action is **DISMISSED** without prejudice.

December 19, 2006
DATE

UNITED STATES DISTRICT JUDGE